E-FILED
Friday, 20 December, 2013  02:11:53 PM
Clerk, U.S. District Court, ILCD

DUE TO PRIVACY ISSUES THE WITNESS LISTS HAVE BEEN REMOVED FROM THE FINAL PRETRIAL ORDER

THE WITNESS LISTS WILL BE MAILED CONVENTIONALLY TO ATTORNEYS OF RECORD AND/OR PRO SE PARTIES