IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE: ASBESTOS PRODUCTS LIABILITY )
LITIGATION (NO VI)                 )   Case No.: **94-2282**
                                   )
                                   )   *Remanded from PA-ED 08-CV-92034*
**KINSER v. AC AND S, INC., et al.** )
                                   )
                                   )

## DEFENDANT CBS CORPORATION'S DESIGNATIONS
## OF THE DEPOSITIONS OF ARTHUR KLEINRATH

Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation ("CBS Corporation"), hereby provides its designations of the Arthur Kleinrath depositions as follows:

**November 14, 2011:**

Designations:

| Page.Line | to | Page.Line |
|---|---|---|
| 11:19 |  | 12:23 |
| 13:2 |  | 13:13 |
| 14:1 |  | 17:7 |
| 17:25 |  | 18:4 |
| 18:11 |  | 18:25 |
| 19:10 |  | 20:12 |
| 31:15 |  | 32:14 |
| 36:22 |  | 37:12 |
| 59:8 |  | 59:13 |

CBS Corporation designates the deposition video excerpts that correspond to the above page and line number designations.

**November 29, 2011:**

Designations:

| Page.Line | to | Page.Line |
|---|---|---|
| 9:16 | | 10:3 |
| 14:17 | | 15:9 |
| 15:12 | | 15:18 |
| 15:22 | | 15:25 |
| 16:4 | | 16:12 |
| 17:9 | | 17:24 |
| 19:9 | | 21:6 |
| 48.15 | | 49:6 |
| 49:15 | | 49:24 |
| 50:4 | | 50.13 |
| 58:16 | | 60:9 |
| 60:18 | | 60:24 |
| 61.12 | | 61:17 |
| 63.11 | | 64.15 |
| 65.3 | | 65.13 |
| 65.18 | | 66:18 |
| 67:1 | | 67:14 |
| 67:20 | | 68:10 |
| 69.1 | | 69:9 |
| 69:12 | | 70:19 |
| 70:22 | | 70.23 |
| 71:1 | | 71:9 |
| 91:25 | | 92:14 |
| 92:20 | | 93:3 |

CBS Corporation designates the deposition video excerpts that correspond to the above page and line number designations.

**February 14, 2012:**

Designations:

| Page.Line | to | Page.Line |
|---|---|---|
| 11:14 | | 12:3 |
| 12:11 | | 12:22 |
| 78:2 | | 78:19 |

2

|  |  |
|---|---|
| 83:7 | 84:4 |
| 99:5 | 99:14 |
| 114:21 | 115:3 |
| 123:11 | 123:15 |

CBS Corporation designates the deposition video excerpts that correspond to the above page and line number designations.

    CBS Corporation reserves the right to make additions and/or deletions to this Designation between now and trial, depending on the outcome of discovery and/or further fact investigation.

                                                           Respectfully submitted,

                                                       **FOLEY & MANSFIELD, P.L.L.P**.

                                                       */s/ Jacob Sawyer*
                                            Daniel G. Donahue        # 6193558
                                            Jacob D. Sawyer         # 6281475
                                            55 W. Monroe St., Ste. 3430
                                            Chicago, IL 60603
                                            (312) 254-3801
                                            (312) 254-3801 [FAX]
                                            Attorneys for Defendant
                                            **CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania, f/k/a Westinghouse Electric Corporation**

E-FILED
Tuesday, 17 December, 2013  02:50:15 PM
Clerk, U.S. District Court, ILCD

**Exhibit I: Plaintiffs' Prior Testimony Designations**

Plaintiff submits the following prior testimony designations:

1. Arthur Kleinrath, November 14, 2011 (video)
2. Arthur Kleinrath, November 29, 2011 (video)
3. Arthur Kleinrath, February 13, 2012 (video)
4. Arthur Kleinrath, February 14, 2012 (video)
5. Mark Perriello, September 9, 2004
6. Richard Smith, January 15, 2010
7. Richard Smith, October 6, 2011
8. Frank Parker, November 21, 2013 (video)
9. Arnold Brody, September 30, 2013 (video)
10. Barry Castleman, April 4, 2013 (video)

2:94-cv-02282-HAB-DGB   # 138-1   Page 4 of 14

Kinser, et al., v. CBS Corp.
Prepared by CVLO
5/3/2013

# Arthur Kleinrath
United States District Court, Eastern District of Pennsylvania
MDL Docket No. MDL-875
November 14. 2011

| Beginning Page:Line | Ending Page:Line |
|---|---|
| 11:19 | 18:10 |
| 24:9 | 25:14 |
| 55:11 | 63:22 |
| 74:14 | 75:14 |
| 94:2 | 95:9 |
| 95:23 | 96:4 |
| 97:9 | 97:18 |

Kinser, et al., v. CBS Corp.
Prepared by CVLO
12/13/2013

# Arthur Kleinrath
United States District Court, Eastern District of Pennsylvania
MDL Docket No. MDL-875
November 14. 2011

| Beginning Page:Line | Ending Page:Line |
|---|---|
| 20:25 | 21:15 |
| 21:18 | 22:4 |
| 23:14 | 23:19 |

Kinser, et al., v. CBS Corp.
Prepared by CVLO
5/3/13

# Arthur Kleinrath
United States District Court, Eastern District of Pennsylvania
MDL Docket No. MDL-875
November 29. 2011

| Beginning Page:Line | Ending Page:Line |
|---|---|
| 84:4 | 84:13 |
| 85:3 | 85:21 |

Kinser, et al., v. CBS Corp.
Prepared by CVLO
5/3/2013

# Arthur Kleinrath
United States District Court, Eastern District of Pennsylvania
MDL Docket No. MDL 875
February 14. 2012

| Beginning Page:Line | Ending Page:Line |
| --- | --- |
| 106:10 | 106:14 |
| 107:6 | 107:9 |
| 107:12 | 107:25 |
| 108:1 | 108:6 |

Kinser, et al., v. CBS Corp.
Prepared by CVLO
5/3/2013

# Mark Perriello
State of Wisconsin, Milwaukee County, Circuit Court: Branch 28
Vicki Yerkey v. Viacom, et al.
September 9, 2004

| Beginning Page:Line | Ending Page:Line |
|---|---|
| 7:7 | 8:4 |
| 16:3 | 17:6 |
| 22:15 | 22:19 |
| 23:21 | 24:5 |
| 30:7 | 30:9 |
| 31:4 | 33:3 |
| 38:24 | 41:6 |
| 44:13 | 44:15 |
| 52:22 | 53:6 |
| 61:4 | 63:15 |

Kinser, et al., v. CBS Corp.
Prepared by CVLO
5/3/2013

# Richard Smith
State of New Mexico, County of Bernanillo, Second Judicial District Court
Dobell v. Public Service of New Mexico, et al.
January 15, 2010

| Beginning Page:Line | Ending Page:Line |
|---|---|
| 7:13 | 8:13 |
| 27:10 | 28:11 |
| 28:13 | 28:19 |
| 28:21 | 28:21 |
| 47:23 | 48:2 |
| 48:4 | 48:16 |
| 48:18 | 49:13 |
| 49:15 | 49:20 |
| 52:6 | 52:17 |
| 52:20 | 53:4 |
| 53:6 | 54:2 |
| 68:19 | 68:23 |

Kinser, et al., v. CBS Corp.
Prepared by CVLO
5/3/2013

# Richard Smith
United States District Court, Eastern District of Pennsylvania
MDL Docket No. MDL-875
October 6, 2011

| Beginning Page:Line | Ending Page:Line |
|---|---|
| 9:21 | 10:14 |
| 12:23 | 14:5 |
| 24:25 | 26:14 |
| 35:23 | 36:7 |
| 37:18 | 39:20 |
| 39:23 | 39:25 |
| 64:23 | 65:4 |
| 65:6 | 65:12 |
| 76:15 | 76:19 |
| 76:23 | 77:23 |
| 77:25 | 78:6 |
| 78:9 | 78:9 |
| 79:21 | 80:1 |
| 81:17 | 82:9 |
| 83:25 | 84:4 |
| 84:10 | 84:24 |
| 91:18 | 91:22 |
| 92:7 | 92:25 |
| 93:3 | 93:8 |
| 94:18 | 94:21 |
| 94:23 | 94:25 |
| 95:2 | 95:12 |
| 95:16 | 95:25 |
| 96:18 | 96:21 |
| 97:3 | 97:9 |
| 97:16 | 97:20 |
| 97:22 | 98:13 |
| 98:16 | 98:21 |
| 99:2 | 99:22 |
| 127:7 ("Did...") | 127:10 |
| 127:15 | 127:18 |
| 127:21 | 128:19 |
| 149:6 | 149:18 |

Kinser, et al., v. CBS Corp.
Prepared by CVLO
12/13/2013

# Frank Parker
United States District Court, Central District of Illinois
Larry Kinser, et al., v. Anchor Packing Co., et al.
November 21, 2013

<u>Beginning Page:Line</u>  <u>Ending Page:Line</u>
8:17                             297:7

Note: entire testimony designated, subject to removal of objections and comments of counsel.

Kinser, et al., v. CBS Corp.
Prepared by CVLO
12/13/2013

# Arnold Brody

United States District Court, Central District of Illinois
Larry Kinser, et al., v. Anchor Packing Co., et al.
September 30, 2013

| Beginning Page:Line | Ending Page:Line |
| --- | --- |
| 5:6 | 123:25 |

Note: Entire testimony designated, subject to removal of objections and comments of counsel.

Kinser, et al., v. CBS Corp.
Prepared by CVLO
12/17/2013

# Barry Castleman
United States District Court, Northern District of Illinois
Deon Wright v. CBS Corporation, et al.
April 4, 2013

| Beginning Page:Line | Ending Page:Line |
|---|---|
| 6:8 | 109:4 |

Note: Entire testimony designated, subject to removal of objections and comments of counsel.