E-FILED
Tuesday, 20 December, 2013  02:50:55 PM
Clerk, U.S. District Court, ILCD

**Exhibit J: Other Stipulations**

1. Expert reports will not be provided to the jury for deliberations.