AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Central DISTRICT OF Illinois

KINSER

V.

CBS CORP.

Joint

**EXHIBIT AND WITNESS LIST**

Case Number: 94-2282

| PRESIDING JUDGE<br>Harold A. Baker | PLAINTIFF'S ATTORNEY<br>Robert McCoy | DEFENDANT'S ATTORNEY<br>Ezell, Burlison, Sawyer |
|---|---|---|
| TRIAL DATE (S)<br>1/8/14-1/23/14 | COURT REPORTER<br>LC | COURTROOM DEPUTY<br>JW |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/22/2014 | x | x | Paragraphs from General Conditions; no obj |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages