**E-FILED**
Friday, 24 January, 2014 03:20:45 PM
Clerk, U.S. District Court, ILCD

## VERDICT FORM A

We, the jury, find in favor of the defendant, CBS/Westinghouse, and against the plaintiffs, Larry Kinser and Donna Kinser.

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Presiding Juror

Presiding Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

FILED

JAN 2 3 2014

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

34

3.      We, the jury, further find that Larry Kinser's lifetime smoking habits were/~~were not~~ a proximate cause of his present lung condition.

s/Juror                                      s/Juror

s/Juror                                      s/Juror

s/Juror                                      s/Juror

s/Juror                                      s/Juror

s/Juror                                      s/Juror

s/Presiding Juror                            s/Juror

Presiding Juror

4.      Considering that 100% represents the total conduct that caused the present lung condition of Larry Kinser, or stated another way, the total proximate cause of Larry Kinser's present lung condition, we, the jury, makes the following findings of causation:

| | | |
|---|---|---|
| Larry Kinser's smoking | 70 | % |
| Second hand smoke | 10 | % |
| CBS/Westinghouse | 0 | % |
| Coworkers working with asbestos at other job sites | 20 | % |

s/Juror                                      s/Juror

s/Juror                                      s/Juror

s/Juror                                      s/Juror

s/Juror                                      s/Juror

s/Juror                                      s/Juror

s/Presiding Juror                            s/Juror

Presiding Juror

40

## SPECIAL INTERROGATORIES

1.     We, the jury, find that the conduct of CBS/Westinghouse was/was not a proximate cause of Larry Kinser's present lung condition.

s/Juror

s/Juror
_____

s/Juror
_____

s/Juror
_____

s/Presiding Juror
_____

Presiding Juror

s/Juror

s/Juror
_____

s/Juror
_____

s/Juror
_____

s/Juror
_____


2.     We, the jury, also find that the conduct of others working with asbestos at the job sites where Larry Kinser spent his working life was/was not a proximate cause of his present lung condition.

s/Juror

s/Juror
_____

s/Juror
_____

s/Juror
_____

s/Juror
_____

s/Presiding Juror
_____

Presiding Juror

s/Juror

s/Juror
_____

s/Juror
_____

s/Juror
_____

s/Juror
_____