UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

LARRY A. KINSER & DONNA M. KINSER,

          Plaintiffs,         Docket No. 94-2282

   vs.                 Urbana, Illinois
                        January 8, 2014
                        3:30 p.m.
CBS CORP., successor by
merger to CBS Corporation,
formerly known as Viacom, Inc.,
formerly known as Westinghouse
Electric Corporation,

          Defendant.


EXCERPT from JURY TRIAL -- Day 1
(Opening Statements)

BEFORE THE HONORABLE HAROLD A. BAKER
SENIOR UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S :

For the Plaintiffs:    ROBERT G. McCOY, ESQUIRE
                    Cascino Vaughan Law Offices, Ltd.
                    220 South Ashland Avenue
                    Chicago, Illinois 60607
                    312-944-0600

For the Defendant:    SANDRA GIANNONE EZELL, ESQUIRE
                    Bowman and Brooke, LLP
                    901 East Byrd Street, Suite 1650
                    Richmond, Virginia 23219
                    804-649-8200

                    PAULA M. BURLISON, ESQUIRE
                    Bowman and Brooke, LLP
                    1441 Main Street, Suite 1200
                    Columbia, South Carolina 29201
                    803-726-7420

                    JACOB DANIEL SAWYER, ESQUIRE
                    Foley & Mansfield, PLLP
                    55 West Monroe, Suite 3430
                    Chicago, Illinois 60603
                    312-254-3800

KINSER v. CBS CORP., Case No. 94-2282

I  N  D  E  X

Page

OPENING STATEMENTS

    By Mr. McCoy ................................... 3

    By Ms. Ezell ................................... 35

KINSER v. CBS CORP., Case No. 94-2282

```
 1                    (In open court; jury present; 3:32 p.m.)
 2               THE COURT:  Opening statement for the
 3    plaintiff.
 4               MR. McCOY:  Thank you, Judge.
 5               Again, let me introduce myself.  I am Bob
 6    McCoy.
 7               THE REPORTER:  Wait, stop.
 8                    (Discussion off the record; counsel
 9                    is equipped with lapel microphone.)
10               MR. McCOY:  Thank you, Judge.
11               First, I just want to say to everybody that,
12    you know, what we're dealing with in this case is
13    something that, of course, is an institution in our
14    society; and that's the jury trial right.  And if you
15    look at our Constitution, it wasn't there right away; but
16    they added it quickly in the Bill of Rights, and it's in
17    the Seventh Amendment to the -- civil cases, if it's more
18    than $20 in controversy, there's a right to a jury trial.
19    And that's something that our country still has today,
20    hasn't ever changed, and now you are a part of making
21    that happen, that constitutional right for all parties.
22    So, that's why we've asked you to come here in the snow,
23    in the cold, and whatever else it was -- difficult to get
24    here -- is because of that constitutional right about
25    jury trials.
```

4

```
 1          Now, having said that, of course, the evidence
 2   is the responsibility of us to provide to you-all, and
 3   we're going to do our best to give you-all a very good
 4   show of what many things are involved here in terms of
 5   science and construction practices; and I wanted to tell
 6   you-all that I think these cases are very interesting.
 7   Obviously, it's not my only asbestos case, but these are
 8   going to be very interesting cases, and there's going to
 9   be a lot of things coming.  You're going to have a lot of
10   questions in your mind as you go through the trial about
11   why I didn't hear this, why I didn't hear that.  Our job
12   is to give you that evidence, and it's going to come
13   piece by piece; so sometimes it may not be there right
14   then, but it might be the next witness.
15          So let me go ahead.  I put together a
16   PowerPoint slide show, which is what I use because I
17   think that's the easiest way for me to quickly summarize
18   the evidence that we expect -- and, again, that is what
19   we expect -- and it's our job, then, to provide that
20   through actual witnesses.
21          Okay.  Let's go ahead with that.  All right.
22   And this is my presentation that I've worked on with
23   everybody's help, many people's help.  So I'm just a
24   mouthpiece for it.  You'll be the ears to determine as
25   the evidence is presented.
```

KINSER v. CBS CORP., Case No. 94-2282

```
 1            Okay.  First off, this case -- I've just called
 2   it "Larry Kinser's Lung Cancer Case" because Mr. Kinser
 3   did get lung cancer, and that's a big part of this case.
 4            And the first thing, of course, everybody
 5   wonders is:  Who is Larry Kinser?  Okay, just a few facts
 6   that we're going to show you about him.  He'll be
 7   testifying later.  He was born in Iowa.  He was in the
 8   Army for about three years in the first half of the '50s.
 9   Then he got married to Donna here in Champaign, and that
10   was in 1968.
11            How did he get from Iowa over to Champaign?
12   Well, his father was a member of the Pipefitters Local,
13   which is based here in Champaign, and so he ultimately
14   got a job with that same Pipefitters Local.  That's what
15   brought him over here.
16            So he stayed here for quite a number of years,
17   up through 1996.  They had a few years where they were
18   down in Florida because of some -- they wanted to take
19   care of one of their, their parents down there, so they
20   were down there for a few years.  But, mostly, he was
21   working here in the Pipefitters Local, which is based in
22   Savoy, actually.  And we'll talk in a moment about a
23   pipefitter and what they do.
24            But one of the things he worked at in
25   support -- and you heard about it already a little bit in
```

KINSER v. CBS CORP., Case No. 94-2282

1    the opening questions, or opening -- I should say the

2    voir dire selection.  Zion powerhouse, which is a place

3    actually up north of Chicago, but he got assigned up

4    there on a temporary basis for about four months to

5    five months in 1974; and that's a place that we'll --

6    you'll, you'll learn was -- Westinghouse was involved

7    with quite a bit of the construction there.  So, that's a

8    summary of how we get the connections between Zion and

9    Westinghouse.

10          Now, he retired with Donna in 1996 to Florida.

11   They lived in an RV trailer park to save some money, and

12   one of the things they wanted to do was they wanted to go

13   on a church prayer -- I wrote "tour" -- mission, whatever

14   it is.  They visited -- you'll hear from them -- 15,000

15   different churches to pray for the things that were

16   important to them and the people that they were concerned

17   with in their lives.

18          Now, Donna was born, as you might have heard,

19   here in the Champaign-Urbana area.  She was born at Mercy

20   Hospital in 1946.  She grew up in Rantoul for a few

21   years.  Her father was in the Air Force base up there;

22   decided that he'd rather have her come to school here in

23   the big city and not in the military setting, so she

24   ended up going to Holy Cross here and then graduated from

25   Champaign Central.  She raised three children that Larry

KINSER v. CBS CORP., Case No. 94-2282

1    and she had, and she also worked as an accountant.

2              So, this is a couple pictures of their family

3    in the past.

4              Now, before we go on here, there's going to be

5    a question in this case that I have singled out, and

6    you're going to hear the evidence on it.  But the

7    question's going to be:  Who is responsible for what

8    happened here?  Okay.  And I just put three choices on

9    here.  You're the ones who are going to decide who is

10   responsible after hearing the evidence.  But the issue is

11   going to be about Larry; it's going to be about

12   Westinghouse, and it's going to be about others.  And

13   we'll talk about this a little bit here, but this is a

14   big question.

15             Another, before we go on here -- and I know

16   I've got to get home, to my hotel, to watch the Illinois

17   basketball game, and I know everybody has to, else has

18   to, too.  I'm originally from Champaign-Urbana myself for

19   about twelve years, so -- my folks went to school here,

20   and I did, too.

21             But the question of "What is asbestos?" --

22   obviously, we're going to have expert testimony on it.

23   But, briefly, if you look at the picture, you can see

24   where it's, it's a thready, needle-like material.  But it

25   actually comes out of the ground as a rock; and, you

KINSER v. CBS CORP., Case No. 94-2282

1   know, then it gets crushed up, and it breaks into these

2   tiny fibers.  That's what causes the toxic nature of the

3   asbestos.  It's that breaking into the tiny fibers, and

4   the body's mechanisms are not able to handle eliminating

5   all these tiny fibers, and they cause problems.  And that

6   will be a lot of the evidence in this case.  But that's

7   kind of the summary of what it is.  It stays in the body

8   for many, many decades and doesn't get eliminated; and,

9   of course, it's a, it's a known cancer-causing agent.

10          You don't know it when you're breathing it.

11  You don't taste it.  You can't see it because the fibers

12  are so small.  This is a picture under an electron

13  microscope, blown up many thousands of times so you can

14  see what they look like when the fibers start breaking

15  apart.  That's an actual picture of some asbestos inside

16  somebody's lung on the right side there.

17          We've got a bunch of witnesses here that we're

18  going to have in this case.  I don't need to tell you

19  about everything on them because I -- we're running short

20  on time here.

21          But, of course, Larry and Donna.

22          Dr. Scanlon is his personal, was his physician

23  in, after he moved to Florida and when he got the lung

24  cancer.

25          Joe Ferriter is an expert on construction, a

KINSER v. CBS CORP., Case No. 94-2282

1   pipefitter like Larry.

2         Bill LaPointe is a, worked in the turbine,

3   millwright area, also in construction; and that's what

4   that job in Zion will be about, is the millwright turbine

5   pipefitting work and Westinghouse's involvement with

6   that.

7         Dr. Brody is a molecular biologist who will --

8   some of those pictures I just showed you were his

9   slides -- talk about asbestos in the body.

10         Dr. Frank is an expert in pulmonology and

11   asbestos diseases for many, many decades now.

12         Frank Parker is an industrial hygienist who

13   will talk about the exposures.

14         Doug Ware was from Westinghouse.  He's a

15   turbine expert for Westinghouse; actually was involved in

16   Zion.

17         Kleinrath was con-- Commonwealth Edison; loan,

18   design, and plant.

19         And Dr. Castleman, Barry Castleman, is a public

20   health expert on what was known and should have been

21   known about asbestos hazards, which is something we're

22   going to have to prove in this case.  I mean, we can't

23   just say Westinghouse did something at Zion without also

24   proving to you what they should have done to protect

25   people from asbestos, and their responsibility.

KINSER v. CBS CORP., Case No. 94-2282

```
 1            And Mr. Smith is also a Westinghouse witness in
 2    the safety area.
 3            We will be using those people, even though they
 4    worked for Westinghouse, as part of our case.
 5            So, the medical condition that we're talking
 6    about, there's really two asbestos-related conditions
 7    that are undisputed here.  One is the -- well, I should
 8    say one that's undisputed, which is the asbestos plaques;
 9    and that's something we'll talk about in a moment.
10    That's a nonmalignant type of condition.
11            The other one that is disputed is whether the
12    lung cancer is related to asbestos.  He had a quarter of
13    his lung removed, one of the lobes; and then he had
14    chemotherapy.  This all happened in 2000.  It takes a
15    long time for these cases to work their way through the
16    court system, as you can see; but that's when it
17    happened.
18            He had at least 112,000, or approximately that,
19    in medical bills that we'll show you; and then he's still
20    got future ongoing care for the lung condition.  It may
21    be that, that he's cured from what he had before; but
22    that doesn't mean that he's not going to get something
23    else, and he still has to have routine monitoring.  So
24    future damages will be part of the case also.
25            There's -- I put this picture up here because
```

KINSER v. CBS CORP., Case No. 94-2282

1   there's really two big exposures involved in this case.

2   One is to the tobacco and cigarette smoking; and as we

3   said in the introductory opening statement, our -- as

4   plaintiffs, our, our position is that they are both a

5   cause.  And the other, of course, is the asbestos.  It's

6   like two 800-pound gorillas in the same room.  The only

7   thing about it is you'll find that they actually, from a

8   medical perspective, work together to dramatically

9   increase the risk, so we'll talk about that one in a

10  moment.

11          This is a, a -- something we're going to

12  explain to you through Dr. Brody, and that is how lung

13  cancer is caused; and it's the result of genetic mutation

14  of cells.  And this is his specialty and his area, so

15  he'll be showing you about that process.  You don't get

16  lung cancer overnight.  It takes time.  You've got to

17  have a series of genetic mutations, some of which can be

18  caused by asbestos, some of which can be caused by

19  tobacco.  But it's the series that, that results in the

20  lung cancer forming in a person.

21          Larry's asbestos exposure.  Okay.  According to

22  the treating physician, Dr. Scanlon, it's what's

23  characterized as "dramatic," meaning that he could see it

24  on the x-rays very clearly himself.  He said a medical

25  student could figure it out.  That was his testimony.

KINSER v. CBS CORP., Case No. 94-2282

1  You'll be the judges, of course, of whether to believe

2  these witnesses or not.

3          But 20 years, roughly, of an asbestos exposure;

4  not every day, not every minute, but certain things

5  ongoing that would cause some asbestos exposure for Larry

6  in that time period.  So he's got a long history of

7  asbestos.

8          There's multiple job sites, not just Zion; but,

9  of course, as I mentioned, four or five months is at

10  Zion, so we'll get more detail on all this.

11          So the Zion job is -- I would, I would

12  characterize that -- or the Westinghouse exposure -- is a

13  slice.  It's a slice.  It's not the only cause here.  But

14  what this case is about is about Westinghouse.  And

15  under, under the law, he can pursue the case against

16  Westinghouse; and you-all will be deciding what

17  percentage of fault to place on Westinghouse.  That's a

18  question at the end.  So we're not asking you to say it's

19  all about Westinghouse.  No.  We're saying it's only a

20  slice.

21          Larry's smoking history.  He started in '49

22  when he was 15.  He smoked less than half a pack a day in

23  that time period.

24          And, of course, I don't, I don't know how many

25  of you were around back in the, those time periods; but

KINSER v. CBS CORP., Case No. 94-2282

1   it's a time period when there wasn't any warnings on

2   cigarette packages.  They didn't exist.  They weren't

3   there.  So that's when he got hooked.

4           And not only that, but cigarettes were heavily

5   advertised in the media back then.  His, his two brands

6   were Lucky, and then he switched to Salem.  Well, as you

7   can see, they've got Frank Gifford advertising how

8   healthy Lucky cigarettes are for you back then.  This is

9   a 15-year-old getting impacted.

10          And then they even had 20,000 doctors saying:

11  It's good for you to smoke Luckies.  That was the days

12  back then.  This was before the Internet, and this is

13  what you saw.  This is what people were enticed into.

14  This is part of the evidence you need to consider was,

15  when you think about:  Was he at fault for smoking?  Or

16  was it something that everybody did?  Which, we will show

17  you evidence that, even as late as 1965, 57 percent of

18  the population with a high school education were, more or

19  less, were smoking cigarettes regularly.  The majority of

20  the people back then were smokers, by '65.  In the

21  construction industry, it was closer to 80 percent.  That

22  was his peer group.  So these are factors to evaluate

23  when you think about:  Was he at fault for smoking

24  cigarettes?

25          We're not saying he's blameless.  I'm just

KINSER v. CBS CORP., Case No. 94-2282

1    saying:  You need to consider the evidence we give you on

2    all these points.

3            Does everyone -- I used this bumble bee because

4    if you -- it's, it's -- both cigarette smoking and

5    asbestos exposure is something that, that if you, if you

6    had it -- and pretty much everybody's had at least

7    secondhand smoke, or there's asbestos fibers in the air

8    since the companies started using that everywhere.  It

9    may be small amounts, but they're up there; and there's a

10   lot of fibers in people's lungs -- almost all of us -- by

11   the time they die, because they don't go away.  They're

12   indestructible.  But, fortunately, not everybody gets

13   sick.

14           So Larry is one of the people who was not so

15   fortunate.  He was one of the unlucky ones.  And that's

16   why we're asking for compensation, not because everybody

17   gets exposed; but because there are certain people who,

18   just like the person that crosses the street and gets in

19   a car accident because they got hit by a drunk driver or

20   something, are the unlucky ones.

21           This is what I mentioned a little bit earlier,

22   that we've got two 800-pound gorillas, but they work

23   together; and it's called the combined effect on the

24   cancer risk of the asbestos and the smoking exposures.

25   And if you look at this -- or let me put it this way.  We

KINSER v. CBS CORP., Case No. 94-2282

1    will show you the evidence where it's been looked at in

2    the scientific publications; and so if the risk of a

3    person getting lung cancer just from whatever in the

4    general population is, is a certain number, then the risk

5    of a person getting it from asbestos is higher because

6    they've also got asbestos.  And if they've also got

7    tobacco -- if they've got tobacco smoking, they've also

8    got a higher risk.  But when you combine the two, the

9    risk goes up dramatically.  So these are two examples of

10   the studies, one in '79 finding it 53 times more likely,

11   one as recently as this year finding it still 30 times

12   more likely, almost.

13          So if -- this is a basic chart, and the

14   doctors -- I think especially Dr. Frank will be

15   explaining it more thoroughly in his testimony about this

16   synergistic effect.  But that's, that's really what we're

17   dealing with here.  It's, it's not one or the other

18   alone.  It's the combination that makes it so deadly.

19          So when you look at Larry's fault, which you'll

20   have to evaluate at the end of the case, this is some of

21   the evidence we're going to provide to you that bears

22   on -- we believe bears on whether he's, he's at fault or

23   how much percentage he might be at fault, so -- that

24   there wasn't any warnings about the asbestos to him.

25   There wasn't any warnings about the tobacco.  Again, he

KINSER v. CBS CORP., Case No. 94-2282

1   couldn't go to the Internet.  He couldn't go to the -- he

2   could only go to the boxes, or the packages, that

3   there -- cigarettes are addictive; that the majority of

4   the population back then smoked.  Fifteen years before he

5   got the lung cancer he quit, which dramatically decreases

6   the risk of the lung cancer from smoking, so he tried to

7   do the right thing.  And that he had no knowledge about

8   this combined effect.

9          When you go to evaluate Westinghouse's fault at

10  the end of this case, this is some of the evidence we

11  think is also important here.  That they supplied

12  asbestos, we're going to prove that.  The design of the

13  powerhouse -- I know that's disputed.  We're going to

14  show you our evidence on it, that they supervised work

15  that created the dust from the asbestos.  Westinghouse

16  did.  They had people out there, engineers out there,

17  saying, you know, "Tear off this insulation that's got

18  asbestos in it."  They didn't stop it.  That they

19  directed the pipefitter crews, including the people,

20  meaning Larry's -- Larry being a pipefitter -- who were

21  working at Zion to actually be there and work in this

22  dust.  And that there, Westinghouse's engineers were

23  there observing this dust, seeing it.

24          There's going to be the question of other

25  responsible entities, and this is what I said.  It's not

KINSER v. CBS CORP., Case No. 94-2282

1   just Larry, and it's not just Westinghouse.  But we -- we

2   have brought this case against Westinghouse and that

3   we're entitled to do that under the law and that this is

4   some of the ones that are going to be offered to you

5   under the evidence for consideration of what their fault

6   might be, too, so you'll have to consider them all and

7   the evidence on all of them.  Maybe some of them are not

8   at fault.

9          The division of responsibility -- again, I get

10  back to this for this lung cancer -- we believe the

11  evidence will show that it's roughly equally divided

12  between tobacco and asbestos; and, also, that if you take

13  the slice of that that might be Westinghouse's

14  responsibility, we believe it should be about 10 percent,

15  based on the evidence.  That's going to be what we

16  believe the evidence will show you.  You're the ones

17  who's going to decide this, so, I mean, you may say more;

18  you may say less.

19         We also believe the evidence will show that,

20  that, as far as the fault that you should assess to

21  Larry, it should be about 10 percent, also.  That's what

22  we think it should be, based on the evidence, and we'll

23  be showing you that evidence.

24         When you talk about asbestos, again, we have

25  these fibers.  If you took a sugar cube size piece of --

KINSER v. CBS CORP., Case No. 94-2282

1   just a sugar cube of asbestos and you pounded it up and

2   broke it down, you would find in that -- in that tiny,

3   small size, you would find trillions of asbestos fibers

4   from -- that's what the evidence will show.  That's what

5   makes asbestos, again, so toxic and dangerous is that

6   there's no way, with trillions of fibers, that you can --

7   your body's defense mechanisms can eliminate all of that.

8   I mean, if you get rid of 99.9 percent, you've still got,

9   you know, millions, millions of fib-- or billions of

10  fibers still there.  So it's a very toxic material.

11  That's what the evidence will show.

12          Larry's medical findings, I first want to talk

13  about the ones that I believe are not going to be

14  disputed in this case.  One is that he did get lung

15  cancer.

16          The second one, that he got these asbestos

17  plaques.  We mentioned that before.  They were on both

18  sides.  They were calcified.  They had a unique look to

19  them.

20          This is a picture of these plaques.  It's not

21  Larry's lung, but it's just an illustration of how they

22  look.  So, as I said, that -- those, I believe, are

23  clearly identified.  They're markers of asbest-- of

24  significant asbestos exposure.  That's what they

25  indicate.  They're not the cancer, but they show

KINSER v. CBS CORP., Case No. 94-2282

1    significant asbestos exposure, evidence of it.

2           Here's, here's the evidence that is disputed,

3    and I use the term, "Some do; some don't," meaning some

4    doctors said, said he had it; some don't.  One is whether

5    he had the condition called "asbestosis," which is

6    another non-related condition.  A second one is that he

7    had -- whether he had emphysema or COPD, which is a

8    tobacco-related marker of exposure.  So those -- that

9    evidence is disputed amongst his own treating physicians,

10   whether he had those two, but the first ones are not.

11          There's going to be a dispute here in this case

12   on the evidence about whether this asbestosis is needed

13   for lung cancer.  We're going to provide you medical

14   evidence showing that the consensus view in the medical

15   literature is that you don't need it.  Okay.  As I just

16   showed you, there's some doctors who said Larry didn't

17   have asbestosis; some said he did.  But, but the

18   consensus to you is:  You don't need it to say that the

19   lung cancer is related to the asbestos; that there's

20   different diseases that are involved here; and that, when

21   you talk about that, you don't have to have asbestosis to

22   get lung cancer.  These are two separate diseases.

23   They're two different things.  So they're not related to

24   each other, and you don't have to have asbestosis for

25   lung cancer.  If you did, then there are certain -- some

KINSER v. CBS CORP., Case No. 94-2282

1    of his doctors that say he did have it.  But the dispute

2    is this, and these medical organizations have standards

3    that we'll be presenting to you about this, on this

4    issue.

5              Basic facts about asbestos disease are

6    important.  First off, there's what they call "the

7    latency period."  It takes a long time for this disease

8    to be, to happen, meaning, after you inhale the fibers,

9    it can be several decades before you start seeing

10   anything.  Twenty to fifty years is typical.  The longer

11   you live, the more longer it can be before you actually

12   show the disease.  It's variable in everybody.

13             So even though you have a disease process going

14   on in your body -- I mentioned that series of

15   mutations -- or you've got scarring building up and the

16   doctors explain this to you, it takes a long time,

17   typically, before you go into a doctor's office and the

18   doctors will say, "Oh, I think you've got this condition

19   now."  It takes time.  It's not like a broken leg where

20   you can see the fracture right away.

21             This is a picture of the Zion powerhouse, just

22   for some information to you-all.  That's where

23   Westinghouse was involved and Larry worked.  It's a big

24   place, a huge place.  It's up along Lake Michigan, north

25   of Chicago there.

KINSER v. CBS CORP., Case No. 94-2282

1          This is some examples of the turbine piping

2    systems.  These are huge pipes.  They can be up to

3    36 inches wide in diameter.  I mean, somebody could walk

4    right -- could crawl right through it easily.  And then

5    they've got the insulation covering them, so there's a

6    lot of insulation associated with these turbines.  A lot.

7    And this is an example of a work area of turbines being

8    overhauled.  There's a lot that goes on.  They've got a

9    lot of scaffolding, and a lot of people come in.  It's a

10   very busy time period.  So although turbine floors often

11   look very clean, because they're supposed to be; but when

12   you get the maintenance work and people in there doing

13   their work, it's not clean during that period of time.

14   That's the time that Larry was there, the dirty time.

15          Who is Westinghouse?  They've got -- there's a

16   lot of things we could talk about.  And, again, they've

17   now become CBS Corporation; but back then, it was

18   Westinghouse, and they did a lot of industrial equipment

19   work.  They had a large steam turbine division that built

20   these turbines that were in the powerhouses and required

21   all that piping going to them.

22          A turbine, of course, is what generates the

23   power ultimately that goes out into our houses and so on

24   and build -- these turbines are masses.  They can be,

25   probably, close to the size of this room right here, just

KINSER v. CBS CORP., Case No. 94-2282

1   the turbine itself; and then you've got more area around

2   it to work in.

3           The designer of the -- they're the designer of

4   these turbines, or the manufacturer of the turbines.

5   They supplied the materials to install them.  They

6   provide technical supervisors.  They put the turbines in

7   themselves; Westinghouse does.  And they employed, back

8   in those days, thousands of people in their turbine

9   engineering department, thousands of engineers in their

10  department.  That was a major operation of Westinghouse.

11          The corporate resources that Westinghouse

12  had -- when you go to look at what they could have done

13  to protect people with the knowledge that they had, they

14  had a corporate medical department back into the '20s and

15  '30s, I believe.  They had a safety staff, both corporate

16  and field personnel, meaning the people who went out to

17  the job sites.  They had those for, back in the '30s and

18  '40s again, people who were the ones that could have

19  protected the person who would show up at Zion.

20          What do they do at Zion?  Well, they built --

21  first off, that's a nuclear powerhouse.  They built the

22  nuclear steam supply system, like a reactor.  This case

23  isn't really about the reactor.  It's about the turbine

24  area where, where Larry worked in, so that the steam

25  supply -- nuclear steam supply sends the steam to the

KINSER v. CBS CORP., Case No. 94-2282

1   turbine and makes the turbine turn real fast and creates

2   the electricity.  That's essentially what happens.  So a

3   very large turbine system.

4         And then they came back -- I put that last

5   bullet point there -- Westinghouse did; and they

6   supervised the maintenance and repair.  That's when Larry

7   was there.  Larry was there in '74 when there was a major

8   need to overhaul and rebuild a portion of that turbine

9   design, so that's when they came back, and they did that

10  job through Westinghouse.

11        This is just one of the documents that we'll

12  provide as evidence.  This is a specification, meaning

13  when you build a powerhouse of this kind, of course,

14  everything's in writing as to exactly what you're

15  supposed to use in the materials and how big you make

16  things; and, you know, you've seen these drawings.  But

17  with the turbine, you've got literally thousands and

18  thousands of pages of drawings because it's so big and

19  complicated.

20        But that process specification was a

21  Westinghouse specification with their own logo on it.

22  This was Zion's documents; and it, and it called for, as

23  you can see on this card here, asbestos to be used for

24  the insulating block, the high temperature materials.

25  This was 1969 when the card was prepared.  The

KINSER v. CBS CORP., Case No. 94-2282

1    specifications themselves were -- and the construction

2    took place and ended by '73.  So -- and there will be a

3    dispute as to whether asbestos was used.  We'll be

4    showing you the specifications that, that -- and explain

5    why these specifications would be governing these;

6    asbestos-containing.  The one you saw just before that

7    was -- I think it was October of 1970.

8              How to protect from asbestos dust.  You see,

9    this is very important because, if you know something's

10   dangerous, the first thing you do is you're supposed

11   to -- and this is the, what they call a hierarchy of

12   controls in the fields of industrial hygiene and

13   occupational preventative medicine.  We have experts in

14   both those fields.

15             The first thing you do is you change the

16   material to one that's safe.

17             The next, another thing you can do is to, is to

18   take, like, the pipefitters out of the area where people

19   are, are removing asbestos.

20             Another thing you can do is just to simply wet

21   the asbestos so it, it doesn't fly up in the air.  And,

22   of course, asbestos fibers, being how small they are,

23   would just literally float through the air and never --

24   can take several days just to settle down to the floor.

25   They stay in the air.

KINSER v. CBS CORP., Case No. 94-2282

1          You can seal off the area of asbestos.

2          "Negative air pressure" means to suck the air

3    back inside the containment.

4          You can issue warnings.  That's actually

5    something of less, lesser hierarchy.  First thing you do

6    is you just try to eliminate the exposure.  Warnings come

7    afterwards in the hierarchy.  If you can't eliminate the

8    exposure, then you give safety instructions.

9          And the, and kind of as the last resort, people

10   can use respirators.

11         But that's how this process works, and let me

12   explain to you:  None of this happened at Zion under,

13   even though Westinghouse was running that job.

14         We have to establish what Westinghouse knew or

15   should have known about, about certain matters as part of

16   the plaintiffs' case:  dangers of asbestos, whether the

17   levels of exposure were dangerous, syn-- the knowledge of

18   the synergistic effect of asbestos and tobacco, which was

19   known as -- certainly published in the literature as

20   early as '68 and could have been determined before then

21   by, by more testing, earlier testing; safety precautions.

22   We will provide evidence on all that.

23         And I'm pushing this through quickly so I can

24   get everybody out of here.  I might want to go 20 percent

25   longer, but I'm not going to do that today.

KINSER v. CBS CORP., Case No. 94-2282

1          The synergistic effects of these toxins will be
2    talked about on the timeline; that you know if you've got
3    two toxins as early as the 1900s, that -- or before --
4    that you need to look at the effects of the two toxins
5    together, not separately.  So there was no testing about
6    that early on, even though we knew -- or it was known
7    that you had these people with asbestos exposures and
8    smoking exposures together.  That was, that was basically
9    the population in the construction industry.  Everybody
10   was a smoker.  Everybody was breathing asbestos.
11          There was no testing done for the dual effect
12   ultimately until, like, like 1968.  Then it was
13   established by medical literature -- not by Westinghouse,
14   who could have tested the people in the work conditions
15   that they knew about -- but it was established by other
16   medical literature that we had this synergistic effect.
17          So all these effects were known long before
18   Larry worked there in '74 at Zion, and they could have
19   been -- he could have been protected against that.
20   That's the evidence that we will be showing you in this
21   case.  And that responsibility, again, is up to you to
22   decide whose, whose fault that was.
23          Bear in mind again:  No Internet back then.
24   It's so easy for us to see things today.
25          These are the types of asbestos insulation that

KINSER v. CBS CORP., Case No. 94-2282

1    would be commonly used at the powerhouse.  Those are the

2    ones like in that specification I showed you that said

3    asbestos.  These are asbestos-containing when Zion was

4    built; and then when it was torn out, which is where,

5    what was going on when Larry was there, they were tearing

6    out what was already put in.  That was asbestos.  That

7    created the exposures.

8            They even used chainsaws -- again, under the

9    direction of the Westinghouse engineers -- to, to cut out

10   the asbestos insulation back then; and that stuff, of

11   course, just flies all over.  It's not like a piece of

12   wood.  It's not as solid as that.  It's a very friable

13   material that comes apart easily.

14           Gaskets, you'll hear about those.  Those are

15   something that, used to seal the pipes together.

16   Pipefitters regularly have to take those out.  They get

17   baked on, get hardened.  You've got to straighten them

18   out, wire-brush them out with a wire brush -- again,

19   creating a lot of dust.  And the dust we're talking

20   about, you'll hear, was certainly not anything like what

21   you think of as household dust, not even the kind of dust

22   in your garage.  Dust that would change the color of a

23   person's clothes in a day, from dark to white.

24           What did Westinghouse know?  We'll show you

25   this evidence.  Again, we talked about this.  The

1   scientific literature is clear -- even by the 1910s --

2   about the dangers of asbestos.  Dr. Hazlett was a medical

3   director at Westinghouse.  He wrote a publication -- this

4   was 1936 -- in a very reputable medical journal.  And in

5   there he said many of the same things that we'll, we'll

6   be talking about, and that is the importance of

7   substituting for the not -- for the toxic materials of

8   something not toxic.

9          There was substitute materials available that

10  could have been used at the Zion work by Westinghouse.

11  Westinghouse chose not to do that.  Their own doctor in

12  1936 points out that, that substitution is the key.

13  That's part of the evidence in the case about

14  Westinghouse's failure to have protected Larry.

15         Continuing on with this, Westinghouse was part

16  of the -- you'll hear about this -- Industrial Hygiene

17  Foundation and National Safety Council.  These are

18  important organizations back in those days -- again, when

19  it was all by published, publications and distribution of

20  literature, and you couldn't look this up on the

21  Internet.  So these were, these were sources of

22  information.  They had significant statements in their

23  publications about asbestos that Westinghouse got and

24  didn't, again, implement the safety recommendations that

25  these organizations were making.

KINSER v. CBS CORP., Case No. 94-2282

1          So the important -- one of the important things

2    here I always thought in this case was that Dr. Hazlett,

3    the same medical director of Westinghouse who wrote that

4    other article, he was actually the liaison between these

5    two very key organizations, Industrial Hygiene Foundation

6    and National Safety Council.  So he was the one to

7    coordinate sharing of information by those two, very much

8    involved in this.  And, yet, again, when you get to '74,

9    his things that he knew about hadn't been implemented by

10   Westinghouse in the field.  He talked about the corporate

11   offices.  Not implemented in the field.  That's what the

12   evidence will show.

13          Westinghouse did testing internally in-house,

14   had recommendations for protecting people who were

15   working in Westinghouse's factory using asbestos; but

16   they didn't share any of that information with the people

17   that they were directing in the field.  And this is what

18   I mean when I say their own warnings that they had out

19   there and the protections they had out there were

20   internal to their own operations, and they didn't share

21   that with the people outside.

22          In 1972, OSHA comes along; and the dangers of

23   asbestos are, even by government regulations now,

24   recognized.  And, of course, the work at the Zion

25   powerhouse is two years later, and there still wasn't

1    protections.  Westinghouse has had the ability to protect

2    Zion, as I mentioned.  It's essentially what Dr. Hazlett

3    was saying in 1936.

4            Let's talk a moment about the burden of proof.

5    The burden of proof is something that the party who is a

6    proponent, who is the advocate of a particular

7    proposition, has in these cases.  There's certain things

8    that, that we're the advocate of -- most of the case,

9    probably.  And on those very issues, you know, it's our

10   job here to, to meet that burden of proof in a civil

11   case.

12           And in a civil case, the standard is more

13   probably true than not.  That's the legal standard in the

14   jury instructions, meaning that it's not like beyond a

15   reasonable doubt, like you see in the criminal cases.

16   But it's sort of like -- if you balance a scale here,

17   it's something that could be very close; but you -- we've

18   satisfied our burden of proof if we've shown you that

19   it's more probably true than not.  We don't have to meet

20   some great discrepancy and overwhelm you with the

21   evidence in these cases.

22           So I ask you to keep that in mind because one

23   of the reasons why we have cases is because there's

24   always a, there's always a dispute.  There's usually some

25   evidence that goes both ways.

KINSER v. CBS CORP., Case No. 94-2282

1            But at the end of this case, we believe that

2    the evidence will be more probably true than not that

3    we've established for you that Westinghouse was a cause;

4    that there's these synergistic effects between asbestos

5    and tobacco; and that asbestos insulation was used at

6    Zion.

7            The changes to the Zion specifications -- this,

8    this is that point about whether asbestos was used or

9    not.  You're going to see that there was an original

10   specification that was in the Zion files that shows for

11   asbestos.  I already gave you a little excerpt of that

12   document here.  And that specification -- in order to

13   change it, the testimony will show you that -- and

14   especially in a big power plant setting like that where

15   you've got five or six or seven engineers signing off, on

16   each side -- you know, whether it's Commonwealth Edison

17   or Westinghouse or the different contractors involved,

18   everybody's got to sign off on this.  It's usually five

19   or six people from each organization sign.

20           In order to change that, you've got to have

21   something in writing.  That's what the evidence will

22   show.  There's nothing in writing that shows a change to

23   those original specifications that are, without any

24   dispute, calling for asbestos.  And that's one of the key

25   points that we will show you in the evidence, is the

KINSER v. CBS CORP., Case No. 94-2282

32

1    absence of that change order is why, despite the

2    controversy on this, that was what was used, because

3    there was no written change order from the

4    specifications.  That would have had to be provided, and

5    it wasn't.

6            So this is, for instance, the document from the

7    Commonwealth Edison Company contract with Westinghouse

8    that says right in it that substitutions -- "Additions,

9    omissions, or substitutions," meaning changes from what

10   was originally specified as asbestos insulation, "shall

11   be executed under the conditions of the Contract and

12   shall be authorized by the Owner's formal contract change

13   authorization in writing."

14           Throughout this case, there will not be any

15   evidence of such a change order being provided in

16   writing, so the original specifications would be

17   applicable, the ones that called for asbestos.

18           Damages.  At the end of this case, we're going

19   to ask you, if you think the evidence warrants this, to

20   provide a substantial award of damages, both on the

21   claims of Larry and on the claims of Donna.  And, again,

22   we had the medical expenses.  I think a hundred -- I

23   think this should probably be 112, but -- you saw before

24   I had 112.  It looks like somebody in our office got that

25   wrong, but I think it's 112.

KINSER v. CBS CORP., Case No. 94-2282

```
 1          Pain and suffering is another component, for
 2     the lung procedures that he had.  You'll find he had a
 3     significant incision and a signi-- and portions of his
 4     rib bone were actually cut out to make this surgery
 5     happen; and then, of course, a quarter of his lung was
 6     removed.
 7          Larry, Larry was -- did a good recovery.  I
 8     mean, he had a great recovery.  He's still with us today,
 9     which is great.  But it doesn't mean that when he went
10     through this that there wasn't significant pain and
11     suffering.  We'll show -- we'll provide the evidence to
12     that.
13          The disability that he still suffers is about a
14     20 percent lung volume loss, which, as you get older, you
15     need all the lung capacity you can, so he'll tell you
16     about his loss.
17          The future medical cost that he's incurring and
18     needs for monitoring with his condition.
19          There's the risk that you're going to get
20     cancer again.  You'll hear testimony about it.  If you
21     got it once, you're more likely to get it.
22          There's the emotional suffering that goes with
23     having had this kind of a condition and every day
24     worrying that -- what's going to happen to me next?  You
25     may be cured; but, again, you have that higher risk of it
```

KINSER v. CBS CORP., Case No. 94-2282

1    happening again.

2           Donna's claim is built on what we call a "loss

3    of society."  I, I used it, in summary up here, of how

4    it's limited the marital relationships between her and

5    Larry.  Don't get me wrong.  They still have a, have a

6    very good relationship.  There's no question about that.

7    But it has had significant impacts on, on the two of

8    them.  They're a very close couple, the evidence will

9    show.

10          So what does the future hold for Larry?  That's

11   part of the evidence here, part of the question about the

12   damages.  He's got ongoing medical care.  His lung isn't

13   going to grow back.  He lost a quarter of it.  He's got

14   lim-- much limited mobility now with the loss of

15   breathing capacity.  He's got the risk and fear of the

16   lung cancer recurring.  He's got the risk and fear of

17   mesothelioma.  You'll hear testimony about all these.

18   These are things that he has every day.

19          Now, this is my last chance to talk to you

20   until we get to the closing statement.  And I certainly,

21   again, want to thank you-all very much for being here

22   with us in the sense of the weather conditions and so on;

23   and I just want to tell you-all that, as this case goes

24   on, hopefully, we can do our best to make it not only

25   worth your time to be a part of this jury system, but to

KINSER v. CBS CORP., Case No. 94-2282

1    make it a very interesting experience.

2              And at the end of all this, we're going to ask

3    you to carefully evaluate this evidence -- have we met

4    this greater weight of the evidence standard, more

5    probably true than not? -- and ask you-all for a

6    substantial award of compensation for Larry and Donna.

7              Thank you.

8              THE COURT:  Jurors, would you like a

9    five-minute recess?

10             Yes?  Yes, there's an assent.  Take the jury

11   out.  We'll have a five-minute recess, and then we'll

12   hear from the defense.

13             (Jury absent, 4:19 p.m.)

14             THE COURT:  All right.  We'll all stand in

15   recess for five minutes.

16             (Recess, 4:19 p.m. to 4:28 p.m.)

17             THE COURT:  All right.  Ready?  Bring the jury

18   back.

19             (Jury present, 4:30 p.m.)

20             THE COURT:  Opening statement on behalf of the

21   defense.

22             MS. EZELL:  Thank you, Your Honor.

23             Good afternoon, ladies and gentlemen.  This is

24   a very important case; and at the end of it, you-all will

25   have a very important job, so let me get started with my

KINSER v. CBS CORP., Case No. 94-2282

1  job, which is to explain to you what the evidence in this

2  case is going to be.  And it's, it's really our

3  responsibility to bring you the evidence you need to make

4  the right decision and to do your justice and to render

5  your verdict.

6          And because the plaintiff has what you've

7  already heard described by both His Honor and Mr. McCoy,

8  something called the burden of proof, you may have

9  noticed that I, I go second.  I went second during the

10  voir dire.  I'm going second during opening statements.

11  And, and we'll go second in the presentation of our

12  evidence.  And that's because the plaintiff has to do the

13  proving in this case.  They have the burden.

14          And so what I, what I would like to do is just

15  ask you, if you could, is to wait until you hear

16  everything.  And, and part of me asking is to tell you

17  today what I think that evidence is going to be if you

18  wait until -- not this week, unfortunately, because of

19  the weather, but it's going to be sometime next week

20  before you're going to get an opportunity to hear from

21  the witnesses that we're going to bring to you to tell

22  you what, what we believe occurred when Mr. Kinser spent

23  three months, or five months, at this Zion nuclear power

24  plant, out of a work life that spanned more than

25  50 years.  So that little, little, little slice, which is

KINSER v. CBS CORP., Case No. 94-2282

1 less than 1 percent of his work life, that's all you're
2 being asked to think about in this case.  And we're going
3 to bring you a bunch of evidence about that, but I'm
4 asking you to wait until we bring it to make decisions
5 about it.
6          And so you may have noticed that I'm using some
7 notes, and I've got a lot of them.  And I, I apologize if
8 that's distracting; but I'm an officer of the Court, and
9 I -- it's my duty; it's my obligation to be precise and
10 to be accurate, and I find that I can really only do that
11 if I have notes.
12         But one of the good things about having notes
13 is I'll have these, and I'll keep these same notes; and I
14 will come back at the end of this case, and we'll go
15 through these notes during closing argument.  And we can
16 talk about whether or not we've brought you the evidence
17 that I am telling you we're going to bring you today.
18         So with that, let's get started.  As I
19 mentioned -- well, actually, let's not get started quite
20 yet.  Let me do one thing that I should have done
21 already.  Thank you.  This, this jury service that
22 you-all are engaged in is probably one of the biggest
23 adventures and sacrifices that you will make on behalf
24 of, of your country, other than service in the military.
25         In order to keep our country and our system of

KINSER v. CBS CORP., Case No. 94-2282

1   justice working, we need our citizens to participate; and

2   you may be excited, or you may not be, but you are

3   essential.  And for that, we thank you so much for

4   showing up here today, for answering our questions, and

5   for listening to this case.  It's not a perfect system,

6   but it's absolutely the best one around; and we are

7   excited to present our evidence to you, and we are happy

8   to hear what you have to say about the evidence that we

9   plan to bring.

10          Now, all of the evidence that we're going to

11  bring in this case is going to fall into what we call our

12  themes.  We've got themes in this case, and we've got

13  three of them, and I'm going to tell you what they are.

14          Now, the first theme is very simple.  There was

15  no insulation asbestos at this Zion plant.  Period.  And

16  I'll tell you a little bit more about that.  But,

17  basically, what happened was when the plant was

18  conceived -- it's a nuclear power plant, ladies and

19  gentlemen.  It, it is not something you do in a day.  You

20  plan it, and then you build it.  And then you put it

21  online.  And it spans a decade or more from the day that

22  you plan it until the day that you build it.

23          And in between the planning -- you saw some of

24  the planning documents already.  But in between the

25  planning and the building, the world changed.  OSHA was

KINSER v. CBS CORP., Case No. 94-2282

1   enacted.  And OSHA said:  Asbestos needs to be highly

2   regulated or eliminated from the workplace.

3           And so when this was erected, when these

4   turbines were placed, when Zion was powered up -- and

5   we're going to go through all this in just a minute in

6   more detail -- the original plans had been changed; and

7   there was no insulation asbestos associated with these

8   Westinghouse turbines.  So that's our first theme, and

9   we're going to bring you evidence on that.

10          Second of all, the lung cancer, that there is

11  no dispute -- there's no dispute -- that Mr. Kinser had

12  lung cancer.  It is from smoking, and it is from -- and

13  you haven't heard about this yet, but he also was born

14  into a house with two smokers.  His mom smoked and his --

15  his mom smoked less, and his dad smoked three packs a

16  day; and so from the day he was born until he started

17  smoking himself, he was subjected to secondhand smoke.

18  And so you will hear that he has lung cancer, as you

19  would expect, from smoking and secondhand smoke.

20          And then our final theme, ladies and

21  gentlemen -- and these are the only things we're going to

22  talk about -- is that lung cancer that he had is cured.

23  He doesn't have it anymore.  He has been free of his lung

24  cancer for 13 years now.  For 13 years.  His

25  pulmonologist, who diagnosed his lung cancer, is going to

KINSER v. CBS CORP., Case No. 94-2282

1   testify in this case; and he's going to tell you he

2   hasn't had lung cancer in 13 years.

3           So those are going to be the themes that the

4   defense evidence is going to fit into.  All right.  Now

5   that we've told you what those themes are, let's go into

6   them in a little bit more detail.

7           Can we have the slides, please.

8           Oh, Ms. Jessica, may we have the slides,

9   please.

10          Okay.  So first, the first thing I'd like to do

11  is -- and we've already talked about this just a little

12  bit -- but this is a timeline that I put together of Mr.

13  Kinser's life; and you've heard about some of the things

14  on here, and I wanted to talk to you about a couple of

15  the things you haven't heard about yet.

16          And I realize that, when I folded this thing

17  down, I can't read it, so I'm going to have to get the

18  hard copies.

19          But, you know, it shows when he was born, and

20  it shows where his -- that his parents smoked.  We've

21  already talked about that.  And you heard from, earlier

22  about the fact that smoking wasn't warned about, and

23  people didn't know about it.  So I've provided along the

24  bottom of my timeline some of the events that were going

25  on in the country at the important points along Mr.

KINSER v. CBS CORP., Case No. 94-2282

```
1    Kinser's timeline.
2            So he was in the Army -- this is when he
3    started working -- in 1954.  You see there:  He started
4    smoking in 1949.  He goes into the Army.  He works --
5    and, you know, that's when he starts working.  He's in
6    there, and then he's discharged.
7            He goes to chiropractic school for a couple
8    months; and then he moves to Davenport, Iowa, where he
9    spends five years working as a bartender where he is
10   occupationally exposed to smoking every day as a
11   bartender.
12           Next slide, please.
13           Then in 1962, he moves to Champaign, Illinois.
14   He joins what you'll hear about, I imagine, quite right
15   much, the Plumbers and Pipefitters Union in Savoy; and he
16   started there as an apprentice.  He was an apprentice for
17   about five years.
18           And he -- and I put -- I picked, if you look
19   down below, Newsweek from November 18th of 1963, because
20   Mr. Kinser, I imagine, will tell you, because he told us
21   at his deposition, that -- you know, there wasn't 500
22   channels.  For those of you, you know, who are -- I mean,
23   I'm 50 this year.  Right?  So at my age, you remember
24   when there was 13 channels, or eight channels; but --
25   these days, there's so many channels.  But back then, in
```

KINSER v. CBS CORP., Case No. 94-2282

1    1963, there weren't.  And so people got their news --

2    there was no Internet.  We know that.  There -- you

3    listened to the radio, and you got your news from news

4    sources like Newsweek, or you got your news sources from

5    LIFE magazine or the Reader's Digest, which was on the

6    previous slide.

7            And Mr. Kinser specifically told us he read the

8    Newsweek.  And this is where people got their news.  And

9    the Newsweek, in 1963, had this big feature about if you

10   smoke how bad it is for you.  And so I put that down

11   here.

12           And then this year is the 50th anniversary of

13   a, of a huge event in smoking and health, which was the

14   first Surgeon General's report, which came out in 1964.

15   So I've got that on your timeline here for you, too.

16           But I want to back up a minute because I think

17   this is very important.

18           I'll move this down just a little bit.  I'm

19   getting some feedback.  Sorry.

20           If you look at 1963 to 1995, you'll see a

21   series of jobs that Mr. Kinser has -- where he worked.

22   Now, he worked out of the union, and he went where they

23   sent him, where there were jobs available.  And what you

24   will find is that -- Mr. Kinser will tell you, I assume,

25   exactly what he told us -- is that he believes that

KINSER v. CBS CORP., Case No. 94-2282

1    everywhere he worked he was exposed to asbestos.  That's

2    what he believes.  He believes that about Zion, and he

3    believes that about every other place because he did the

4    same job.  He worked as a pipefitter -- there was dust --

5    and he worked with insulation.  And so it's important to

6    note that he worked at all of these places from 1963 --

7    and why does that matter?  Because of -- I already told

8    you -- OSHA had not started then.  So we know that these

9    are sites that had asbestos.  Mr. Kinser is right.  We do

10   not dispute his testimony that there was asbestos at

11   these sites.

12           So at All Temp Insulation, Argo Starch,

13   Anaconda Aluminum, and this entire list that we'll have

14   him testify about and we'll bring up the records about,

15   he was exposed to asbestos.  But these are not

16   Westinghouse sites.  These are not at issue in this case.

17   These are not for you to decide as it relates to

18   Westinghouse.  These are those other, other potential

19   parties, which Mr. McCoy mentioned earlier; and so it's

20   very important to note on the timeline that they occur in

21   1963 as opposed to later on.

22           So then he has some other jobs, and those are

23   noted here; and, and I think there was just some, some

24   misclarification, but the first warning label -- you'll

25   see right here on this timeline -- went on cigarettes in

KINSER v. CBS CORP., Case No. 94-2282

1    1966.  And so it wasn't in the '80s that that happened.

2    That was in 1966 as a direct result of that Surgeon

3    General's report that we've just been talking about.

4              Next slide, please.

5              Then these are when his kids were born, and

6    then 1974 -- and I wrote "ish" because we're, we're,

7    we're going to have to hear testimony on it before we

8    know exactly when it happened.  But that's when he worked

9    at the Zion plant.  And that is -- it's really important

10   to look at where that arrow is relative to OSHA.  And

11   OSHA was passed in 1970 -- so four years later, four

12   years after OSHA.  And you'll hear a bunch of testimony

13   and evidence on that.  Four years later, he worked at

14   Zion.  Four years after regulations were, became -- began

15   to inform business practices about asbestos, after

16   companies had to consider the implications.  "If you use

17   asbestos, you have to have certain safety regulations,"

18   or, "Migrate away from using asbestos."  And that's what

19   they did at Zion.  They changed their original plans from

20   using asbestos to using nonasbestos insulation.  And, and

21   you'll hear evidence about all of that.

22             Next slide, please.

23             All right.  So then these, these are some --

24   just some highlights of his, his personal timeline.  He

25   quit smoking in 1984.  That was a very positive

1    development for him.  He worked at Shell.

2           And then his wife -- you'll see he also was

3    exposed to some secondhand smoke for about ten years

4    after he quit smoking.  That is going to be important.

5    The doctors will talk to you about that.

6           In 1994, he filed what we call a "Complaint,"

7    which is the lawsuit in this case.

8           He continued to work until 1996, when he

9    retired; and then he moved to Florida, and he worked at a

10   place called Publix.  And if any of you have ever lived

11   in Florida, vacationed there, you know that's a grocery

12   store.  And he worked as a bagger, and he would push the

13   carts around and, and go and fetch the carts from outside

14   and bring them in.  He'd bag your groceries and stuff

15   like that.

16          Then -- if we could go to the next slide.

17          We know about this.  We've already heard about

18   it.  But in 2000 -- and I apologize; I'm talking really

19   fast, but I'm cognizant of our time.  In 2000 -- it fell

20   off our slides.  In 2000, he was diagnosed with his lung

21   cancer, and, but he also in 2000 -- and he had it

22   removed -- he also went back to work at Publix.

23          Then he and his wife started their evangelical

24   tour.  They are Catholics; and they, they went first in

25   the United States, and then they have been to Canada, and

KINSER v. CBS CORP., Case No. 94-2282

1   they've been to Europe.  And they went, and they have

2   toured and gone to mass in, in every state in the United

3   States.  They've gone to all 50 states, including Alaska

4   and Hawaii, and they've gone to mass in every state; and

5   they've done that in Europe, as well as Canada.

6           Next slide, please.

7           Okay.  I'm sorry.  Just go to the blank one in

8   between.  Oh, we took out the blank one?  Okay.  You can

9   leave it there.

10          So those are the dates.  And what -- I have put

11  those together, but it's important to remember that we're

12  going to hear from, from Mr. Kinser.  We're going to hear

13  from his wife.  We're going to hear from his doctors.

14  And, and you guys will get all of this evidence.  I'm

15  just really giving you this to have context when you hear

16  the evidence.

17          So now that you've had a chance to hear about

18  the plaintiff, you know, there was another party in this

19  case; and I just wanted to take a minute real quick to

20  tell you about CBS and Westinghouse.

21          Now, CBS -- you know I'm from Virginia.  So I

22  had to look this up, but you probably know them best by

23  their affiliate, WCIA.  And I had to double-check that

24  because I couldn't imagine a TV station with "CIA" in it;

25  but that's, in fact, your local affiliate.  And it's the

KINSER v. CBS CORP., Case No. 94-2282

```
1   home of Big Brother, and, and -- you know, or if you're a
2   Trekkie, Star Trek, way back in the day.  Or, you know, a
3   sports fan -- they hosted the wild card game this past
4   weekend between the Chargers and the Bengals.  But that's
5   not the part of CBS, obviously, that's involved in this
6   case.
7            Westinghouse actually purchased CBS, but they
8   sold all of their turbine business to a company named
9   Siemens; and they became focused primarily on
10  broadcasting media, and so they took the CBS name.  But
11  they kept these, what they call "no longer going
12  concerns," which means that they had to, they had to --
13  we have to be here today to stand for this lawsuit, and
14  we're here.  And the ladies and gentlemen at CBS have
15  asked me to come here and tell this story, and that's
16  what I'm here and I'm prepared to do.
17           And I'm prepared to do that with, in case you
18  didn't get their names earlier, Ms. Paula Burlison.
19  She's with my same law firm, but she's out of a different
20  office, and her accent is even more southern than mine.
21           And Jacob Sawyer, and he's local.  He went to
22  high school not too many miles from here, and he
23  practices now in Chicago.
24           So that's the other party, and we're here to
25  tell, obviously, the Westinghouse story.  Now, I've
```

KINSER v. CBS CORP., Case No. 94-2282

1   mentioned a little bit in passing this, what really

2   happened at Zion.  And I have another -- I think it's

3   important in a case like this that happened -- it

4   occurred, you know, years, decades ago -- to really keep

5   the historical context.

6            You're saying:  That's exactly what I want

7   right now, is a history lesson.  But it is to keep the

8   historical context, so I've got another slide

9   presentation for you on Zion, just to let you know what

10  happened at Zion.

11           So in 1966, the, Commonwealth Edison, who owned

12  the plant -- you know, they were the electric company.

13  They owned the plant.  They said:  We're going to build a

14  nuclear power plant, and we need some people to build the

15  turbines.  They put out a bid, and they said:  Whoever

16  gets that bid is going to have to build it to our

17  specifications because we're Commonwealth Edison.

18           And part of their specifications -- if you'd

19  go to the next slide, please -- that you had to use

20  asbestos liti-- litigation -- you had to use asbestos

21  insulation.  And so Westinghouse got the bid in 1967.

22  They were awarded the contract to build the turbines.  So

23  there is no question that this document which you will

24  see in this case says in 1967 that this plant was going

25  to have asbestos insulation there.  No question about it.

1   You're going to see those documents.  If you stopped the

2   world in 1967, you may be led to believe that this plant

3   had asbestos insulation; but the world didn't stop there,

4   and the plant wasn't built then.

5              Next slide, please.

6              So in 1970, a man who you'll hear from, a man

7   named Doug Ware -- he actually worked for Westinghouse,

8   and his job was to get out on site during these big

9   building events.  And he would -- he got there before any

10  of the parts of the turbine, and he made sure that the

11  site was ready and all of the rules are complied with.

12  And he'll tell you what his job was, but he got out there

13  in 1970.

14             Also in 1970 -- you can't separate what was

15  going on at Zion from what was going on in the real

16  world -- OSHA was signed into law; and so all of the

17  companies that I'm telling you about -- Commonwealth

18  Edison, this company -- you've seen a slide about it;

19  you'll hear more about it -- Sargent & Lundy -- those are

20  the engineers who Commonwealth Edison told:  Build this

21  plant.  They all knew that the world of asbestos, the

22  world of insulation, and the business concerns around

23  that, needed to be changed.  They knew it in 1970.

24             Next slide.

25             So, starting in -- starting earlier in May, the

KINSER v. CBS CORP., Case No. 94-2282

1   Turbine Unit Number 1 started to be shipped.  And it,

2   it's a, it's a huge -- well, you saw some photographs.

3   It's a monstrosity of a machine.  And it took some 40-odd

4   railroad cars; and Mr. Doug Ware will tell you exactly

5   how many, I bet ya, to the number.  But it was completed,

6   and the whole thing was here by May of 1971.

7            But the important thing to remember about that

8   shipment is it was shipped what they call "bare metal" or

9   "bare iron."

10           Well, what does that mean, Ms. Ezell?

11           It means without insulation.

12           So all of the parts of the turbine were shipped

13  to Zion, but they didn't have insulation on them; and

14  that was done in 1971.  And if you look on the bottom --

15  and I'm not going to read it to you -- but OSHA is

16  continuing to churn out regulations and requirements as

17  it relates to asbestos in the workplace.

18           In December of 1971, also shipped bare metal or

19  bare iron:  Turbine Number 2.  There were only two.  So

20  we get to the end of 1971.  We've got new regulations in

21  place, a new business environment; and we've got

22  iron-only turbines that are being ready to be

23  assembled/being assembled at this Zion plant.

24           Next slide, please.

25           So, in 1972 -- there is a man who will also

KINSER v. CBS CORP., Case No. 94-2282

1   testify in this case, and we have a saying in Virginia:

2   He has no dog in this fight.  He works for Commonwealth

3   Edison, and he is not a party to this lawsuit.  And his

4   name is Arthur Kleinrath, and you will hear his

5   testimony; and he will tell you that asbestos was no

6   longer used for turbine insulation at Commonwealth Edison

7   facilities, of which Zion is one, as of 1972.  That's

8   what he'll tell you.

9           The world continues to move on.  In 1972,

10  you'll see that OSHA requires labels and warnings to be

11  placed at work sites where there's asbestos.  So there's

12  labels and warnings if there's asbestos there.

13          Then in May of 1972 there's a new specification

14  issued, which you'll hear all about, that says:  Remember

15  when I told you to use asbestos?  Now I want you not to

16  because we're changing.  Sergeant & Lundy, these engineer

17  folks, said to Westinghouse:  We're changing 40-G, which

18  was your original spec, to 40-H.  From now on, on all of

19  Commonwealth Edison, all of the Sergeant & Lundy

20  turbines, use nonasbestos.  We're going with the flow.

21  We're going with the regulatory environment.  We're

22  changing with the tide.

23          Next slide, please.

24          In January of 1973, these turbines are still

25  not insulated.  They're being built.  They're getting

KINSER v. CBS CORP., Case No. 94-2282

1    ready.  It takes a long time.  But you put the insulation

2    on last.  It's the last thing you do when you're, when

3    you're putting together a turbine.  You'll hear all about

4    it.  It really is an interesting process of how these

5    things are built.  They're huge machines, and it requires

6    amazing manpower, man hours; and the last thing that you

7    do is you insulate it.

8          And, and Mr. Kleinrath -- again, the no-dog

9    fella -- will tell you in January of 1973:  Zion 1, Zion

10   2, they're not insulated.  They're not insulated.  That's

11   important because this is three years post-- or two years

12   post-OSHA.  I mean, it, it, it -- there's no question

13   that everybody knows the rules about asbestos by this

14   time.

15         So then we get to 1973.  The insulation is put

16   on pursuant to the new rules without asbestos, pursuant

17   to 40-H, this new specification.  In July, Turbine Unit 1

18   becomes operational.  It's up and running.  It's sending

19   electricity, maybe even to some of your homes.  And in

20   December of 1973, Turbine 2 is up and running.  All of

21   this has happened, and Mr. Kinser has not been to Zion

22   yet.

23         Next slide.

24         In 1974, there is a power outage.  These are

25   nuclear reactors, so the amount of power generated is

KINSER v. CBS CORP., Case No. 94-2282

1   monitored on a minute-by-minute basis; and when they need

2   to, they shut them down.  In 1974, Turbine Number 2 was

3   shut down to do some work, to make sure that it

4   functioned properly, and Mr. Kinser was assigned to the

5   Zion plant during this time.  We don't know for how long.

6   We don't know exactly when.  We're going to hear about

7   that, and hopefully we'll know.  But this is after it has

8   been insulated pursuant to 40-H, without asbestos.

9       Okay.  Believe it or not, I'm ready for my

10  second theme.  So smoking, which is the next thing I want

11  to talk about, is correlated with -- it's just got a

12  really interesting history in the United States.  In

13  1914, World War -- here she goes with that history again.

14  I promise it won't be like this every day.

15      World War I started with the assassination of

16  Archduke Ferdinand, and approximately 5 million

17  Americans -- most of them were men -- were deployed to

18  the European Theatre.  And they were exposed to all kinds

19  of horrible things.  One of them was tobacco.  And when

20  the World -- when World War I was over with the Treaty of

21  Versailles and those men came back -- or even before the

22  war ended and they came back -- they brought tobacco back

23  with them, and they exposed their families and their

24  children -- and America -- to tobacco.

25      Why does this matter?  Because you heard about

KINSER v. CBS CORP., Case No. 94-2282

1    the latency period between exposure to a toxin and

2    development of a disease.  And what scientists have no

3    disagreement about -- if you could go to the first slide

4    on this -- is that the correlation between smoking in the

5    United States and the incidence of lung cancer is one of

6    the most clearly correlated lines of any exposure and

7    response that doctors have seen.

8          So the first line that you see here, which is

9    the green line, is the, is the consumption of cigarettes,

10   which starts -- you know, there were some people who

11   smoked prior to the war.  But generally, during the war,

12   it started to go up; and it goes up over time, reaching

13   its peak in the '40s.

14         Lung cancer, 20 years later, the latency period

15   for, you know, the -- you know, taking into account that

16   all people are different -- for tobacco is about

17   20 years.  So about 20 years later, at the exact same

18   rate, shockingly, lung cancer goes up.  This is a 1-to-1

19   correlation.  There's no question.  That's why the

20   Surgeon General gets working.  That's why all these

21   warnings go out.  There's no question of what causes lung

22   cancer.

23         There's going to be a lot of evidence about Mr.

24   Kinser, what his health is, what his conditions have

25   been.  He's going to be 80 years old next month, if my

KINSER v. CBS CORP., Case No. 94-2282

1  math is right.  But he'll tell you.  Don't take my word

2  for it.

3          And if we could go to the next slide, we'll

4  cut -- we'll just cut to the, cut to the chase here.

5          There are a number -- actually, let's do it

6  this way.  Can we go to the ELMO?

7          There are a number of diseases that are

8  correlated with, over here, smoking and, over here,

9  secondhand smoke.  And I have circled for you those

10  diseases which Mr. Kinser has in his medical history.

11  I'm not going to take the time right now to go through

12  them all.  Just take a minute and look at them.

13  Obviously, the lung cancer.  He's got heart problems.

14  He's got vascular problems.

15          And I'll tell you:  His mother died of an

16  aortic aneurysm, which is a smoking-related condition.

17  His father died of COPD, which is a smoking-only disease

18  that Mr. Kinser himself has.  His brother had an aneurysm

19  as well, which rendered him in a persistent vegetative

20  state.  Smoking has had a profound impact on the Kinser

21  family -- there's no question -- and that's what the

22  evidence will be.

23          We're not just going to bring evidence,

24  however, that smoking causes lung cancer and that Mr.

25  Kinser has been profoundly affected medically by smoking.

1   We're also going to bring evidence to you that, in order

2   to show that you have lung cancer caused by asbestos, you

3   need to have a certain type of disease.  You need to have

4   a certain manifestation that Mr. Kinser doesn't have.

5           If you could put up the other slide.  Do you

6   have it?  Can you switch to slides?

7           Let me just -- I'll just talk, and eventually

8   it will show up.

9           There is a condition -- there we go.

10          Okay.  So lung cancer can be caused directly by

11  secondhand smoke -- there will be testimony about that --

12  directly by smoking; it can come from genetics.  You can

13  get lung cancer without smoking.  It can also come -- and

14  it's not on here -- from none of these things.

15          But in order to get from asbestos exposure to

16  lung cancer, it's not a direct route.  You have to go via

17  asbestosis, and Mr. Kinser does not have asbestosis.

18  Now, you'll see his medical records, and his medical

19  records will have the term "asbestosis" in them a number

20  of times.

21          In 1994, Mr. Kinser went to a doctor, and he

22  was told by that doctor that he had, quote, pleural

23  thickening and calcification.  That's pleural plaques.

24  That is not asbestosis.  And you'll hear a lot of doctors

25  tell us what that means, what the difference between that

KINSER v. CBS CORP., Case No. 94-2282

1  is.

2       But Mr. Kinser believed -- and still does

3  today -- that in 1994 he was diagnosed with asbestosis.

4  And Mr. Kinser then told every doctor that he went to

5  after that that he had asbestosis.  He -- I believe he

6  believes it today, and we'll see.

7       So in the part of your medical records where

8  you tell the doctor what your condition is -- it's called

9  your history, where you say, "I've had high blood

10  pressure," or, "I've had -- you know, I fell down and

11  broke my hip," or whatever it is -- he has told numerous

12  doctors that he has asbestosis.  That is not a diagnosis.

13  That is simply a notation in a medical record.

14       So this is, this is -- this is part of your

15  hard, hard work.  You have to figure out:  What is the

16  good evidence?  Right?  You have to figure out:  What is

17  the important evidence?  So there's different types of

18  experts.  There's different types of expertise as it

19  relates to this issue.

20       So there's doctors, and then there's lung

21  doctors called pulmonologists.  Well, we've had two

22  pulmonologists look at Mr. Kinser.  We haven't, but Mr.

23  Kinser has been examined by two pulmonologists.  Dr.

24  Scanlon, who was the one who found his lung cancer, and

25  he will tell you:  Mr. Kinser does not have asbestosis.

KINSER v. CBS CORP., Case No. 94-2282

1      The second one who looked at him -- if I could

2  go to the ELMO, please -- was -- and I apologize.  He is

3  not a pulmonologist, but he is a lung specialist.  And

4  let me just give you a little -- you can leave it on

5  that; I'm going to go there in just a second.

6      Let me give you just a little bit more brief

7  background.  The other type of specialty that you can

8  have in looking at lungs is in the ability to read

9  x-rays.  There are a lot of doctors, radiologists, who

10  can read x-rays.

11      Then there is special training and a very

12  rigorous type of approach to reading x-rays as it relates

13  to the lungs, being able to differentiate between certain

14  types of diseases and certain locations of diseases; and

15  that's called being a "B" reader.  And Plaintiff has an

16  expert, Dr. Frank, who has a lot of credentials; but he

17  didn't pass the "B" reader test.  It's a very hard test,

18  and about 50 percent of the people don't pass it.

19      We have a doctor who will come in here who's a

20  "B" reader, and he'll show you Mr. Kinser's x-rays and

21  talk to you about what's on them.  But, but Mr. Kinser

22  has also had his lungs looked at by another lung

23  specialist "B" reader, a Dr. Schonfeld; and he had this

24  done in 1994, and this is a guy who he believes told him

25  he had asbestos.

KINSER v. CBS CORP., Case No. 94-2282

1        So you'll see right here; he says, "I am a" --
2   and this comes from his medical records -- "I am a NIOSH
3   'B' reader, and I read this chest x-ray; and this patient
4   has pleural thickening and calcification."
5        Asbestosis is a different diagnosis; and if
6   he'd have had it, it would have been there.  So Mr.
7   Kinser doesn't have asbestosis.
8        So can we go back to the slide, please.
9        So his lung cancer cannot have been caused by
10  the asbestos exposure.
11       Finally, my third theme -- and this is a short
12  one -- Mr. Kinser is cured of the lung cancer that he
13  has -- that he had.  It was diagnosed in 2000.  It was
14  removed in 2000.  And he was back to work in 2000.
15       He'll tell you -- he told us at his
16  depositions -- he only takes vitamins.  Mrs. Kinser will
17  tell you he actually takes more than vitamins.  He takes
18  blood pressure pills, and he takes high cholesterol
19  pills; and she makes sure that he takes the medicine that
20  he's supposed to take.
21       And he has COPD, and that is a chronic
22  obstructive pulmonary disorder that comes from smoking.
23  It doesn't come from anything else, and the doctors will
24  tell you about that; and it gives him shortness of
25  breath.

KINSER v. CBS CORP., Case No. 94-2282

1                And the other thing you're going to hear about

2    is that, for his age, he's remarkable.  He is -- or he's

3    been described as aerobic.  He swims.  He and Mrs. Kinser

4    are exercisers.  He worked up to 2008 that we, that we

5    know about.  He's done tours.  And he's done all of this

6    traveling, sort of fulfilling this evangelical goal of

7    his where they've gone to different masses in all of

8    these places all over the country.  And as compared to

9    his family history, he has outlived his entire family,

10   which is, which is remarkable, given his smoking history.

11               He has heart issues, as I mentioned.  He has a

12   pacemaker.  He has a stent.  He has had cancer of the

13   skin in numerous locations, malignant cancer of the skin

14   in numerous locations that they've managed to catch; and

15   he, at least as we know right now, is not having any

16   problem with that.

17               So he has a lot of problems, but he's doing

18   pretty well; and the one thing he doesn't have is lung

19   cancer.  And that's the issue that you're being asked to

20   think about in this case.

21               So, wrapping up, some of the evidence in this

22   case, you'll notice, doesn't actually fit into my themes;

23   and so I want to comment on the evidence that you're

24   going to hear from the plaintiffs.

25               I listened to Mr. McCoy when he gave you his

KINSER v. CBS CORP., Case No. 94-2282

1    opening statement, and I heard about some of the evidence

2    that the plaintiff is going to bring, and I just want to

3    sort of comment on the context for that.  He said he was

4    going to bring you evidence about the paperwork, like the

5    stuff we've talked about, of what the plant was going to

6    be.  Ask yourself what it turned out to be when you see

7    that evidence -- if, if you're getting the full story.

8            He -- the second thing that I heard is that he

9    is going to bring medical literature that talks about

10   lung disease or lung cancers.  There's a lot of different

11   types of lung diseases and a lot of different types of

12   cancer, quite frankly, of the lung.  This is a non-small

13   cell adenocarcinoma.  This is not mesothelioma.  There's

14   been no diagnosis of mesothelioma, and there should be no

15   discussion of that in this case.  And if there is, ask

16   why.

17           So, finally, every time you hear a piece of

18   evidence, I guess I would say, ask:  What does this have

19   to do with Mr. Kinser?  Did it happen during the three

20   months that he was at Zion?  And if it didn't happen at

21   Zion and it doesn't involve Mr. Kinser and it's not about

22   lung cancer, or involves a different profession than

23   pipefitters, why am I being distracted with this

24   evidence?

25           Because it's important to focus on, on Mr.

1  Kinser because those are the questions you're going to be

2  asked at the end of the case.  And, and to that end,

3  there will be no question that the insulation used at

4  Zion did not contain asbestos.

5          There will be no question that Mr. Kinser

6  smoked most of his adult life, leading up to his lung

7  cancer.

8          There will be no question that he was exposed

9  to secondhand smoke.

10          There will be no question that he contracted

11  lung cancer called adenocarcinoma, and no other type of

12  lung cancer, and that he is cured of that cancer.

13          And upon hearing the evidence, I'm confident

14  that you will find that Mr. Kinser got his cancer from

15  smoke, inhaling it and having it in his presence.  For

16  this brief period of time that he worked at the Zion

17  plant in 1974, Westinghouse had no impact on his lung

18  cancer.  And that's what the question is that you'll be

19  asked at the end of this case.

20          And for all of these reasons, at the end of

21  this case, we will ask you to return a verdict in favor

22  of CBS.  Thank you.

23          (Opening statements conclude, 5:10 p.m.)

24

25          * * * * * * * * * *

KINSER v. CBS CORP., Case No. 94-2282                    63

```
 1

 2

 3

 4

 5

 6                    REPORTER'S CERTIFICATE

 7        I, LISA KNIGHT COSIMINI, RMR-CRR, hereby certify

 8   that the foregoing is a correct transcript from the

 9   record of proceedings in the above-entitled matter.

10        Dated this 8th day of January, 2014.

11

12

13

14                 s/Lisa Knight Cosimini
                   Lisa Knight Cosimini, RMR-CRR
15                 Illinois License # 084-002998

16

17

18

19

20

21

22

23

24

25
```