UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

LARRY A. KINSER & DONNA M. KINSER,

                Plaintiffs,          Docket No. 94-2282

   vs.                               Urbana, Illinois
                                     January 13, 2014
                                     2:55 p.m.
CBS CORP., successor by
merger to CBS Corporation,
formerly known as Viacom, Inc.,
formerly known as Westinghouse
Electric Corporation,

                Defendant.


          EXCERPT from JURY TRIAL -- Day 4
            (Testimony of Donna Marie Kinser)

       BEFORE THE HONORABLE HAROLD A. BAKER
        SENIOR UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S :

 For the Plaintiffs:      ROBERT G. McCOY, ESQUIRE
                          Cascino Vaughan Law Offices, Ltd.
                          220 South Ashland Avenue
                          Chicago, Illinois 60607
                          312-944-0600


 For the Defendant:       SANDRA GIANNONE EZELL, ESQUIRE
                          Bowman and Brooke, LLP
                          901 East Byrd Street, Suite 1650
                          Richmond, Virginia 23219
                          804-649-8200

                          PAULA M. BURLISON, ESQUIRE
                          Bowman and Brooke, LLP
                          1441 Main Street, Suite 1200
                          Columbia, South Carolina 29201
                          803-726-7420

                          JACOB DANIEL SAWYER, ESQUIRE
                          Foley & Mansfield, PLLP
                          55 West Monroe, Suite 3430
                          Chicago, Illinois 60603
                          312-254-3800

KINSER v. CBS CORP., Case No. 94-2282

I N D E X

Page

EVIDENCE ON BEHALF OF THE PLAINTIFFS:


DONNA MARIE KINSER

Direct Examination by Mr. McCoy ...............   3

Cross-Examination by Ms. Burlison ............  27

Redirect Examination by Mr. McCoy ............  40

KINSER v. CBS CORP., Case No. 94-2282

```
 1                  (In open court; jury present.)

 2            DONNA MARIE KINSER, sworn, 2:55 p.m.,

 3              DIRECT EXAMINATION BY MR. McCOY:

 4       Q    Ms. Kinser, I'm assuming that this is a new

 5  experience to you?

 6       A    Yes, sir.

 7       Q    All right.  I'm going to go carefully, and

 8  listen to my questions; and if you don't understand one,

 9  make sure you tell me you don't understand, and I'll,

10  I'll give you questions you do understand.

11       A    Okay.

12       Q    Okay.  Now, let's begin by giving the jury your

13  name and tell -- start with that first question, easy

14  one.

15       A    Donna Marie Kinser.

16       Q    And where do you live now?

17       A    Florida.

18       Q    Okay.  Where at in Florida?

19       A    Sanford, Florida.

20       Q    Are you living with any of your relatives?

21       A    Yes.  We will live with our youngest son.

22       Q    And for the trial, where are you staying at?

23       A    At my sister's, in Urbana.

24       Q    Okay.  And where does she live at?

25       A    On Sunny Lane Street, over off of High Cross
```

KINSER v. CBS CORP., Case No. 94-2282

1  Road in Urbana.

2       Q    Now, you used to work, but you're retired now,

3  right?

4       A    Right.

5       Q    Okay.  And tell us what posi-- I think in the

6  opening statement, I said something about you were an

7  accountant, and I -- and that was my mistake.  You were

8  actually a bookkeeper; is that right?

9       A    Yes.

10      Q    Okay.  And that's the position you had before

11  retirement?

12      A    Yes.

13      Q    All right.  Now, let's go back in time farther.

14  And what, where were you born at?

15      A    Mercy Hospital in Urbana, Illinois.

16      Q    Same place as my sister.

17           Now, what year were you born at Mercy?  What

18  day?

19      A    February 19, 1946.

20      Q    And let's talk about your family history

21  briefly.  What, what did your father do?

22      A    He was a project engineer for Chanute Air Force

23  Base, training aids department --

24      Q    Okay.  And your mother?

25      A    -- in Rantoul.

KINSER v. CBS CORP., Case No. 94-2282

1      Q      Go ahead.

2      A      My mother was a stay-at-home mom with twelve

3  children.

4      Q      And as you were growing up, where was the first

5  place that your family was living at?

6      A      Rantoul.

7      Q      Okay.  And then did they move?

8      A      Yes, when I was nine years old.  I was the

9  oldest; and when I was nine, we moved to Champaign.

10     Q      And where did you live at in Champaign?  Do you

11 know what places?

12     A      Uh-huh.  1415 Hollycrest Drive, 816 West Hill,

13 and 1804 Diana Lane.

14     Q      And did you go to school, then, in Champaign?

15     A      Yes, sir.

16     Q      Okay.  First you went in Rantoul and then

17 Champaign, right?

18     A      Right.

19     Q      Okay.  Rantoul, where did you go to school at?

20     A      At Donovan Memorial, which is now St.

21 Malachy's.

22     Q      And in Champaign, where did you go to grade

23 school at?

24     A      Holy Cross.

25     Q      Okay.  How about junior high school?

KINSER v. CBS CORP., Case No. 94-2282

1      A      Holy Cross.

2      Q      And then high school, where did you go?

3      A      Champaign Central.

4      Q      And did you graduate from there?

5      A      Yes, sir.

6      Q      Okay.  What year did you graduate from Cen--

7      A      1963.

8      Q      Now, you and Larry got married, and what --

9  when did you get married, what day?

10      A      1968, December 14th.

11      Q      Okay.  And how was it that you met Larry?

12      A      We were blind partners in bowling in a summer

13  league.

14      Q      And was there anything about him that attracted

15  you, or didn't attract you, or what?

16      A      No.  I really didn't like him because he was a

17  flirt.

18      Q      And so what happened, though, after that?  He

19  must have convinced you of something.

20      A      Well, he, he kept asking me out; and at

21  Arrowhead in Champaign, they have a little bar there.

22  And one night I was, I was staying at my dad's; and I was

23  upset because him and I had a bit of a -- words, and we

24  didn't agree on something.  And I left there and went

25  bowling; and then that night was about our fifth night

KINSER v. CBS CORP., Case No. 94-2282

1  of, time of bowling, and he asked me again to go into the

2  bar and just have a drink.  And we did that; and then all

3  of a sudden, he said, "You want to go to a movie?"  And I

4  said, "No, not right now," and that was sort of how it

5  started.

6      Q    Okay.  And so you-all got married, and then you

7  had some children, right?

8      A    Three.

9      Q    Okay.  And your children's names are?

10     A    Cary, the oldest; Laura; and Scott.

11     Q    And they're living in -- what, where do your

12  children live at now?

13     A    Florida.

14     Q    Okay.  So a lot of the family has moved down to

15  Florida?

16     A    When my youngest was born in Florida, we asked

17  my mom and dad, if we paid their way down, if they'd come

18  down because my dad wasn't working at the time; and they

19  did.  And my dad always wanted to live in Florida, so he

20  found a place, and they moved to Florida with -- I think

21  he had, let's see, seven kids left at home.

22     Q    So you and Larry have, have moved to Florida

23  and back to Champaign-Urbana several times, right?

24     A    Yes.

25     Q    Okay.  When was the first time that you-all

KINSER v. CBS CORP., Case No. 94-2282

1   moved to Florida?

2        A    1969.

3        Q    And how long did you stay down there that time?

4        A    Until -- I told you wrong before because I said

5   1970; but it was actually '71, after our baby, the

6   youngest one, was born.

7        Q    All right.  Okay.  So then you moved back to

8   Champaign-Urbana?

9        A    Yes.

10       Q    Why was it that you, you went down and came

11  back?

12       A    Well, at that time, the construction world was

13  in havoc.  It was in the early '70s, and so we were

14  working travel card in Florida; and Florida is a

15  right-to-work state, so there wasn't enough work to keep

16  the local men busy.  And so, therefore, we had to go back

17  to Illinois.

18       Q    Okay.  And I'll have Larry explain more about

19  travel card, but that's basically where he works

20  someplace other than the local that he's based out of?

21       A    Uh-huh [nodding head up and down].

22       Q    Okay.  So then you came back in '71 to

23  Champaign-Urbana, and how long did y'all stay here?

24       A    Until '74.

25       Q    Did you actually come back to Champaign, or did

1    you go someplace in the area here?

2        A    We went to Mahomet.

3        Q    Mahomet?

4        A    Yes.

5        Q    Okay.  When you came back to Mahomet in '71,

6    where did you live there?

7        A    In Mahomet, we lived in a mobile -- we lived in

8    a single-wide in -- I can't remember the name of that

9    place, but there's only one of them in Mahomet.  It's

10   right off Lake of the Woods Road.  And then we moved to a

11   double-wide because Larry's parents came up to Illinois

12   for a little while; and so they stayed in the single, and

13   we moved to the double.

14       Q    You're talking about trailers now?

15       A    Right.

16       Q    All right.  So then you, you went back to

17   Florida again in what year?

18       A    In -- let's see, 1974.

19       Q    Okay.  And then you came back to Chicago -- I

20   mean, to Champaign-Urbana about when?

21       A    It was the end of 1979, and we stayed here

22   until 1984.

23       Q    Okay.

24       A    And then we came back in 198-- '79 and we

25   stayed -- oh, wait.  '79 to '84, that's what I said,

KINSER v. CBS CORP., Case No. 94-2282

1   right?  I'm sorry.  And then it was 1990 to 1996 --

2        Q    That you --

3        A    -- when Larry retired.

4        Q    You came back to Champaign during the years '90

5   to '96?

6        A    Yes.  Our children were all raised, and that's

7   when we came back.

8        Q    Okay.  All right.  So, and then in '96, then

9   y'all moved back to Florida; is that right?

10       A    Yes.

11       Q    Okay.  And where did you move back to in '96 to

12  Florida?  What kind of a place did you stay at?

13       A    We stayed -- we moved to an RV park because we

14  wanted to -- we had the children raised; and we needed to

15  have someplace to save for my retirement, when I retired.

16  We had no money saved for retirement because Larry had to

17  retire at 62; and, therefore, we needed more money to

18  come in when we were retired because we had no retirement

19  prior to that, much, except for what we got, the little

20  bit -- we came back to Illinois here and there, you know,

21  as we did.

22            And so we lived in an RV park from 1996 to

23  2009.

24       Q    Okay.  And then in 2009, what did you do --

25  what did you do after that?

KINSER v. CBS CORP., Case No. 94-2282

1      A     Well, during the time that I was working, I had

2    a 403(b) that the church put into place; and so we could

3    put in as much money as we wanted, and they'd match $500.

4    So I told Larry, we'd just have to start saving our

5    savings into that, so that's what we did.

6           And we accumulated $40,000, and so that's what

7    we used for our retirement, when I retired, to do our

8    mission that we were called to do.

9      Q     And we'll come back to that later on.

10          That started in about 2009?

11     A     2009, July 8th.

12     Q     Okay.  After you retired?

13     A     After I retired June 30th.

14     Q     Now, you had mentioned -- or let's go back

15   again in time a little bit.

16          After you finished high school --

17     A     Uh-huh.

18     Q     -- at Central, did you get any more

19   training, --

20     A     Yes.

21     Q     -- schooling?

22     A     I went to the U of I Commercial College on

23   Green Street at that time; and in 1965, my dad had a

24   major, major heart attack that blew his heart out, so he

25   was -- still lived, but he couldn't work anymore.

KINSER v. CBS CORP., Case No. 94-2282

1       Q     So what did you do?

2       A     So I went home to help, and I worked -- I got a

3  job working as a bookkeeper.  That's when I first started

4  my bookkeeping experience.

5       Q     Did you have any more schooling afterwards?

6       A     Well, I picked up -- in community colleges, I

7  got some more work in bookkeeping.  Yes.

8       Q     Which community colleges?

9       A     I went to Parkland, and then I went down in

10 Florida to Valencia.

11      Q     Besides the bookkeeping work, what other jobs

12 did you have?

13      A     When I was in high school, from the time --

14 well, I --

15      Q     I'm really talking about, kind of, after high

16 school.

17      A     Yeah, yeah, after.  Bookkeeping was pretty much

18 primarily my job except for -- when the kids were little,

19 I, in order to be a stay-at-home mom, I took up a route,

20 paper route, in Florida for, from '74 to '79, those years

21 that we went back to Florida.  And the kids would go with

22 me, and they'd help throw papers.

23      Q     So you delivered newspapers?

24      A     Yes.

25      Q     All right.  And you, you mentioned that when

KINSER v. CBS CORP., Case No. 94-2282

1    Larry had the jobs where he had to travel outside of

2    Champaign for the work, that you would go with him

3    usually; is that right?

4         A    Yes.

5         Q    Now, I wanted to show a few pictures of your

6    family, if we can switch over to the, to the -- is that

7    on the computer, right? -- so over to the computer,

8    Jessica.  Thank you.

9              Okay.  The first photo, is this somebody that

10   you recognize?

11        A    Yeah.  That was my graduation picture.

12        Q    Okay.  And your name when you -- before you got

13   married, your family name was what?

14        A    Williams.

15        Q    All right.  So let's go to the next one.

16             Okay.  And who's this group?

17        A    That's Larry and I and our oldest son, Scott

18   [sic], and our daughter, Laura.

19        Q    All right.  And the next photo would be?

20        A    And, again, that's Larry and I and Cary and

21   Sc-- Cary and Laura, and then Scott's the baby.  That was

22   in '71.  That's right as we were getting ready to go back

23   to Florida --

24        Q    For the record, the one we have up now is --

25        A    -- from Illinois.

KINSER v. CBS CORP., Case No. 94-2282

1      Q    -- Exhibit 631, and the two before were 629 and

2   630.

3           Okay.  Let's go to our next photo.

4           And more pictures of the family here?

5      A    Right.  That was 1984, my mom and dad's 40th

6   wedding anniversary; and all the family gathered

7   together, and we all took pictures of each family.

8      Q    Okay.  Those are your kids in there?

9      A    Right.  Cary, Laura, and Scott, right.

10     Q    Next photo.

11          And that was Exhibit 632.  Next is 633.

12          And this is you and Larry?

13     A    Right.  That was as I was running for City

14  Council in St. Cloud.  I -- they took a picture of the

15  two of us.

16     Q    In Florida?

17     A    Uh-huh [nodding head up and down].

18     Q    Why did you run for City Council down there?

19     A    Oh, because there was a cross issue.  St. Cloud

20  had a cross on top of their tower, and the ACLU was

21  trying to bring it down; and I just didn't believe it was

22  right, and so I ran for City Council and went door to

23  door and won the election and became deputy mayor for two

24  years.  We left in '90.  That's how I went, '88 to '90.

25     Q    And the next picture is Exhibit 634.  Is this,

KINSER v. CBS CORP., Case No. 94-2282

1  again, the family?

2      A    Yes.  We have a family reunion every Memorial

3  Day, of the Williams clan, and we take individual

4  pictures; and that was, like, 2004, I believe.  We meet

5  in Pigeon Forge, Tennessee.

6      Q    Okay.  And then Exhibit 635 is next.

7      A    Uh-huh.

8      Q    Who's this?

9      A    That's Larry.

10      Q    Okay.  And what, what stage of his life is this

11  where he doesn't have any hair?

12      A    This is -- that's when he had his chemo.  That

13  was in December of 2000.

14      Q    And Exhibit 636 is next.

15           Okay.  Is that Larry?

16      A    Yeah.  That's Larry.

17      Q    He's got back his hair.

18      A    Yeah.

19      Q    But why --

20      A    Well, he's, he's still taking rest.  I mean,

21  you know, it was a process.

22      Q    Okay.  So this was after the surgery, long

23  enough for his hair to grow back, --

24      A    Yeah.

25      Q    -- after the surgery and chemo?  Okay.

KINSER v. CBS CORP., Case No. 94-2282

1           All right.  That's all the photos.  You can

2   turn that off.  Thank you.

3           Briefly, your own health, you've had your knees

4   replaced, right?

5       A   Yes, sir.

6       Q   Okay.

7           MS. BURLISON:  Objection, relevance, Your

8   Honor.

9           THE COURT:  I agree.  So?

10          Go on.

11          MR. McCOY:  Okay.

12  BY MR. McCOY:

13      Q   Would you describe your health as basically

14  good?

15      A   Oh, yes, except I have diabetes and arthritis,

16  like half the rest of the world.

17      Q   Okay.  The diabetes is all under control?

18      A   Yes.

19      Q   Okay.  All right.  I want to go back to the

20  period of time when Dr. Scanlon described all the

21  procedures that Larry had for the lung cancer -- okay? --

22  and especially the surgery where he had to have the lung

23  removed, a portion of the lung removed.

24          Can you tell us what assistance you provided

25  for Larry during that time period?

KINSER v. CBS CORP., Case No. 94-2282

1        A       Well, while he was in the hospital, I had a

2    good job, and they let me stay there at the hospital with

3    him during that ten days that he was there.

4               And then when he came home, it was just a

5    matter of taking care of his, where the hoses were, the

6    bandages, and, and where the stitches were, tak--

7    cleaning those and bandag-- rebandaging.  And then you --

8    assisting with getting him to the bathroom and taking

9    showers and -- or baths, I mean, and getting him dressed

10   and all those little menial things, walking -- walking

11   him and doing exercises that he needed to have done.

12   There was certain therapeutic exercises that he had to

13   do.

14              So that's all I can remember right now.

15   There's probably more, but I just don't remember them.

16       Q       How long did that process of his recovery take

17   where you were helping him out like that?

18       A       Well, it was probably about a month.

19       Q       And they let you take off work for this?

20       A       Yeah.  Luckily, I was working for the church,

21   and they were pretty good about that.  I did my work at

22   home.

23       Q       Okay.  When you were in Champaign, did you-all

24   attend church here?

25       A       Yes, sir.

KINSER v. CBS CORP., Case No. 94-2282

```
 1        Q     Okay.  Which church?

 2        A     Holy Cross.

 3        Q     How about in Florida?  Did y'all attend church

 4   there?

 5        A     Yes.  In each town, it was a different church.

 6   But Holy Cr-- All Souls has been our church since we

 7   moved to Sanford, which was in '96.

 8        Q     Do you -- you do other things besides just

 9   actually go to church, as far as church activities,

10   right?

11        A     Yes.  We, we go to mass every morning, but

12   we -- and when I retired, that's when we felt called to

13   travel for the Lord.  We had a mission, and we went to --

14   it was a most wonderful thing.  All we did was visit

15   churches.  We took a prayer.  We prayed for the community

16   that we were in, and we prayed for the parish that we

17   were in at morning mass.

18              Someone mentioned this to us who was building

19   our new church in, in Sanford, and they knew we went to

20   morning mass; and they observed to do, to tell us about

21   that, that that would be a good project for us to do.

22              Well, so we started it; and pretty soon we

23   ended up -- keep on going, and we ended up using all my

24   403(b) money, but it was worth it because we got to visit

25   50 states, the nine providences [sic] of Canada.  And it
```

KINSER v. CBS CORP., Case No. 94-2282

```
 1   was a most wonderful, wonderful experience.
 2        Q    Was it all relating to the mission that you're
 3   talking about?
 4        A    Yes, sir.
 5        Q    And how many different churches did you pray
 6   at?
 7        A    Over 500 in the United States and Canada.
 8             And then we, when we came back, we did 560 in
 9   the state of Florida, every Catholic church in the state
10   of Florida.  And then, praise be to God, we got to go to
11   Europe this past year.  That was in just the time
12   frame -- it wasn't planned that way -- but when we got
13   the new pope, so we were definitely very blessed, very
14   blessed.
15        Q    The -- there was discussion about the, the
16   breathing questions for which, problems for which Larry
17   was sent to Dr. Scanlon.  And I want to ask you about
18   those types of breathing problems and what restrictions
19   those have placed on what Larry can do, to the best of
20   your ability to observe things for him.
21        A    Well, Larry's a wonderful man, and he would
22   never complain about anything; but I began to notice how
23   seriously his breathing issues were getting, such as when
24   he'd bend over to put his shoes on or his socks on.  He'd
25   get up, gasping for breath.  And there was so much
```

KINSER v. CBS CORP., Case No. 94-2282

1  gasping for breath anytime he did extenuating things.

2  That's what bothered me.  I mean, it was just -- unless

3  you've walked that walk, you just don't know.

4      Q    Is this part of what led to the early

5  retirement in '62 -- at age 62 for him?

6      A    Yes.  And I feel -- well, I pretty much kind of

7  pushed that along because he would have probably gone on

8  without it, but I just couldn't stand to see him

9  suffering like that.  I really couldn't.  And I figured

10  that we could make it.  And God knows we did.

11      Q    All right.  So that was 1996?

12      A    Uh-huh.

13      Q    And then about four years later, he started

14  seeing Dr. Scanlon?

15      A    Right.  Well, 'cause the issues kept getting a

16  little bit worse; and in 1999, he had an x-ray.  It came

17  back okay; so they said, well, he was fine, you know.

18          And so we -- but they were still continuing on;

19  and in May, we went on that family reunion I was talking

20  about.  And before we went, he had this terrible cough;

21  and I said, "Well, maybe we shouldn't go."

22          And he said, "No, I'm fine."  He got an

23  antibiotic, and then he did stop coughing for a little

24  while.

25          And then when we got back, it was still there.

KINSER v. CBS CORP., Case No. 94-2282

1   It came back on him.  And so I said, well, we better get

2   to Dr. Schefsky and find out what's going on.  And so we

3   did; and Dr. Schefsky said, "Well you just had the x-ray;

4   but, you know, I think Medicare would probably cover the

5   CT scan, so you should get a CT scan done."

6            And that's when he send us to -- he got the CT

7   scan, and then he send us to Dr. Scanlon.

8        Q    Okay.  So I'd like you to be a little more

9   specific, if you can.  You mentioned about bending over

10  and putting on shoes and socks as one thing that was

11  affected.  What -- where else do you notice --

12       A    Oh.

13       Q    -- things because of the breathing?

14       A    There were many things.  And it wasn't like it

15  was -- it all happened at one time.  It was just gradual.

16  I mean, it's just been gradual, ever since -- ever since

17  we, he retired.

18           He -- you know, it's like he's a very energetic

19  man, and he wanted to do things.  And nothing would ever

20  stop him; he would just keep on doing it.  But it got to

21  the point he couldn't do a lot of these things, and today

22  he can't.

23           It's like with our camper, the reason -- one of

24  the reasons we are living with our son is -- we have our

25  camper there; but he has to, you know, hook up the camper

KINSER v. CBS CORP., Case No. 94-2282

1  and get the levelers down and, of course, watching the

2  camper.  And he would get -- with my knees, I can't do a

3  lot of those things.

4          And so he would get down, and he would get up

5  on the roof, and he would do the things.  And then --

6  those things were a lot easier in the beginning, and they

7  kept getting worse and worse.

8          He couldn't do the lawn work anymore, you know.

9  There were just so many things.  I, I can't even remember

10  all the things that -- he couldn't wash the truck.  He

11  couldn't -- without having extended breathing problems.

12          We have dealt with that since, as I said, '96,

13  when we retired.  That's the reason we did it.

14      Q    What, if any, limitations did he develop on

15  lifting heavier objects?

16      A    Oh, yes.  He couldn't lift hardly any heav--

17  thank God we were, again, living with my son, because

18  neither one of us can do that now.  So he, he has

19  diminished his amount of lifting.

20      Q    How about things where he would have to do

21  house, house chores that involved -- like climbing a

22  ladder or something like that?

23      A    Oh, yeah.  He doesn't climb ladd-- well, he did

24  climb ladders, but he had such a -- I'm afraid I got

25  upset again because, when he would come down, he'd just

KINSER v. CBS CORP., Case No. 94-2282

1    be breathing, trying to get his breath.  And I finally

2    asked him if he would not do that anymore, and so now the

3    son helps do that, too.

4         Q    You said one of the reasons you moved in with,

5    with your son is because of certain things that Larry

6    couldn't do around, involving the camper?

7         A    The camper.

8         Q    Can you explain that a little more?

9         A    Well, there's many maintenance things that you

10   do with a camper or with a truck itself, and it just got

11   to the point he couldn't do a lot of those things

12   anymore, and so we needed help.  And like I said, I'm not

13   really that great of help anymore with my stability with

14   both knees.

15             So he does -- so our son, this is the reason he

16   insisted.  When we came back from our trip, he said, "Mom

17   and Dad, I want you to come and live with me, please.

18   Don't go back to the campground.  Just come and live with

19   me and leave the camper here."

20             And so that's what we did.

21        Q    The camper, this is what you were living in

22   before?

23        A    This is what we traveled the United States

24   with.  That's the only way we could afford to because

25   other -- with the camper, like, paying rent was -- we

KINSER v. CBS CORP., Case No. 94-2282

1  paid it through campgrounds.  And your food, you ate the

2  same foods; you did the same things, so you weren't

3  really expending over what you did, because we only

4  drove -- that was another thing Larry had trouble with,

5  was driving long distances.  We would only drive -- in

6  this whole thing, we only drove about 300 miles a week in

7  a trip of traveling the United States.

8       Q    Why was, why was it limited to 300 miles a

9  week?

10      A    Because of his breathing, because he would get

11 so wore out, and he would gasp for air.

12      Q    How would, how would that affect, if it was

13 just driving -- why would it be 300 miles a week?

14      A    Because he got wore out.

15      Q    Just driving?

16      A    Yeah.

17      Q    I want to talk for a moment about activities

18 that you and Larry share that have been affected by the

19 breathing problems.  Can you give us some examples of

20 those things that you do share?

21      A    Oh, yeah.  One of our favorite things that we

22 used to love to do -- Sanford's got a lake front, and we

23 used to walk the lake front and say our rosary; and we

24 used to love to do that, and we can't do that anymore

25 and --

KINSER v. CBS CORP., Case No. 94-2282

1      Q      Sanford's down in, near --

2      A      That's where we live, in Sanford.  But there's

3   a lake there, Lake Monroe.

4            And, also, we -- of course, bowling, we

5   couldn't do bowling anymore because he can't bend over to

6   throw the ball.

7            And walking and bike riding, can't do that

8   anymore.

9      Q      What, what other types of things might you do

10  on the weekends or off days?

11     A      Oh, yeah.  We used to garage-sale.  We used --

12  well, of course, I garage-saled all the time the kids

13  were growing up; and then when Larry got retired, he

14  decided he'd go with me.  And that's how we got all our

15  furniture and did everything, because we enjoyed garage

16  sales, garage-saling.

17     Q      Has that activity been affected by the

18  breathing?

19     A      Oh, we don't do it anymore.  We can't do any

20  more of those things.  We do go to the therapeutic

21  pool -- and that's the exercise that we get now --

22  because they have a couple of those in Florida.  They

23  keep the water a 90-degree temperature, and it's

24  something that we can do, and it doesn't affect his

25  breathing.  As a matter of fact, it's helped build

KINSER v. CBS CORP., Case No. 94-2282

```
1   muscles, so his muscles are good.

2           MR. McCOY:  That's all the questions I have for

3   you.

4           THE WITNESS:  Thank you.

5           THE COURT:  Want a recess?  We'll have a short

6   recess, jurors.

7           Take the jury out.

8               (Jury absent, 3:25 p.m.)

9           THE COURT:  You may step down, --

10          THE WITNESS:  Thank you.

11          THE COURT:  -- Mrs. Kinser, during the recess.

12          THE WITNESS:  Thank you, sir.

13              (Recess, 3:25 p.m. to 3:35 p.m.)

14          THE COURT:  Okay.  Are you ready?

15          MR. McCOY:  Judge, --

16          THE COURT:  Okay.  Bring the jury, please.

17              (Brief pause in proceedings.)

18              (Jury present, 3:37 p.m.)

19          THE COURT:  Cross-examination.

20          MR. McCOY:  Judge, before that --

21          THE COURT:  Okay.  Mr. McCoy.

22          MR. McCOY:  -- Plaintiff moves for admission on

23   those photos, Exhibit 629 through 63--

24          THE COURT:  Any objection?

25          MS. BURLISON:  No, Your Honor.
```

KINSER v. CBS CORP., Case No. 94-2282

```
 1              THE COURT:  All right.  They are received

 2   without objection.

 3              Cross-examination, Mrs. Burlison.

 4              COURT REPORTER:  Could you repeat the numbers

 5   that were just admitted, Mr. McCoy?  I didn't hear the

 6   last number.

 7              MR. McCOY:  629 through 636.

 8              THE COURT:  Inclusive.

 9              MR. McCOY:  Right.

10               CROSS-EXAMINATION BY MS. BURLISON:

11       Q    Hello, Mrs. Kinser.  I'm Paula; you remember

12   me, don't you?

13       A    Yes, I do.

14       Q    Are you nervous today?

15       A    Yes.

16       Q    Is it your first time in a setting like this?

17       A    Yes, ma'am.

18       Q    You know what?  Mine, too, so we'll be nervous

19   together.

20       A    Okay.

21       Q    We'll work through it, though.

22            I wanted to just start with just a little bit

23   more of background information about you, and then I'm

24   going to jump around a little bit.

25       A    Okay.
```

KINSER v. CBS CORP., Case No. 94-2282

1      Q     You and Mr. Kinser, you two have a good

2      relationship, don't you?

3      A     Yes.

4      Q     And you help him in, in specific ways like, for

5      example, you set out his daily medications for him, don't

6      you?

7      A     Uh-huh.

8      Q     You put out his blood pressure pill and his

9      cholesterol pill; is that right?

10     A     Well, he doesn't take the cholesterol anymore;

11     but, yes, I -- and his vitamins.  I -- we take vitamins,

12     Dr. Shaklee, they're the best.

13     Q     Now, Mrs. Kinser, there's an age difference

14     between you and Mr. Kinser, isn't there?

15     A     Yes.  He's twelve years older than I am.

16     Q     And would you agree with me that it's fair to

17     say the physical nature of his job -- aside from any

18     exposures he may or may not have had, the physical labor

19     that he did for his whole career, that takes a certain

20     toll on a man, doesn't it?

21     A     Yeah.  And he was always healthier than I am --

22     I was back then.  So he, he's had very -- he's been very

23     fortunate, yes.  Except for the breathing things, he's

24     been very fortunate.

25     Q     Now, Mrs. Kinser, when you retired in 2009, you

KINSER v. CBS CORP., Case No. 94-2282

1   converted your pension to an IRA account; is that right?

2   Did I get that right?

3        A    No.  The 403(b) was, that's just sort of like a

4   savings account thing where you can take that when --

5   that's what I did.  I took it when I retired.

6        Q    Okay.

7        A    And the IRA -- my pension got rolled over into

8   an IRA.  Yes.

9        Q    And so the 403(b) account, is that the one you

10  testified about earlier having the $40,000?

11       A    Yes, that we took to do our mission.  Yes.

12       Q    And so did you use all of that $40,000 on that

13  18-month trip?

14       A    Actually, it incorporated the three things that

15  we were involved in:  the trip around the United States

16  and Canada, the trip around Florida, and the trip to

17  Europe.

18       Q    Now, Mrs. Kinser, you remember that you had a

19  deposition a while back where Mr. Sawyer, who's normally

20  at our counsel table, asked you some questions; is that

21  right?

22       A    Jake, you mean?

23       Q    Yes, Jake.

24       A    Okay, yes.

25       Q    Yes, ma'am.

KINSER v. CBS CORP., Case No. 94-2282

```
 1            And didn't you say at that deposition that you
 2   were trying to spend up the money in that account,
 3   something about a house being in foreclosure?  Do you
 4   remember --
 5       A    On my IRA, because I didn't know it -- well,
 6   that was my 403(b).  It was already gone.
 7       Q    Okay.  So the 403(b) was already gone, and
 8   we're talking about the IRA account; --
 9       A    Yes.
10       Q    -- is that correct?
11       A    We're talking about the IRA, and I didn't know
12   at the time that they couldn't hurt, that house -- with
13   that house bill, it couldn't hurt my IRA.  I didn't know
14   that at the time --
15       Q    Okay.
16       A    -- that we talked.
17       Q    So --
18       A    Later found that out.
19       Q    Right.
20            But, but is it true that you were trying to
21   spend up the money in that IRA account before you learned
22   that someone couldn't access the money?
23       A    Yeah.  Because the house -- like I said, we
24   bought the house in 1999, and it was going -- after the
25   2008 fiasco and my daughter having a blood clot, my
```

KINSER v. CBS CORP., Case No. 94-2282

1   son-in-law the very next month getting hit on the head --

2   they were making large money, and they couldn't make the

3   payments anymore.  The mortgage was still in our name.

4   They would not take it out of our name.  We

5   quitclaim-deeded them the house back in 2005, and they

6   would not -- it still fell on Larry and I.

7           Well, I mean, you know, our money situation,

8   there was no way we could afford to pay off that house.

9   And it was upside down because of the, the fall.  And we

10  tried -- I tried right away, as soon as I found out, I

11  tried to do a mortgage modification.  Evidently, we

12  weren't working with quite the right bank is what I

13  understood later.

14          But, so it just ended up that we had to -- then

15  they hit us with deed in lieu.  You know, they just

16  wanted the house, and we signed it over to them, you

17  know, and so -- but that was going to be part of our

18  pension plan when we bought that house because it was in

19  the "location, location, location," you know.  But like

20  all the houses, they all kind of -- and in Florida, they

21  got hit worse.  So it's still upside down.

22      Q   So when you were going through that foreclosure

23  issue, you had --

24      A   Yeah.

25      Q   -- this IRA account; is that right?

KINSER v. CBS CORP., Case No. 94-2282

1    A    Yes.  I had an IRA account.  Right.

2    Q    And you were trying to use up the money in that

3  account at that time; is that right?

4    A    Well, that's what my intention was to do

5  because I thought:  What am I going to do?  You know, I

6  thought maybe we could go and do some more mission work

7  before it ended up being foreclosed on.  I didn't know.

8    Q    Yes, ma'am.

9    A    Because I didn't know you could -- they

10  couldn't take it.

11              (Discussion off the record;

12              counsel is adjusting microphone.)

13  BY MS. BURLISON:

14    Q    Mrs. Kinser, let's talk about this, what you

15  called your mission trip, this 18-month trip where you

16  toured the 50 states and nine provinces in Canada.

17    A    Right.

18    Q    Was it just you and Mr. Kinser on this trip; is

19  that right?

20    A    Yes, ma'am.

21    Q    And when you visited the churches, you attended

22  mass; --

23    A    Yes.

24    Q    -- is that right?

25              And you would say a prayer?

KINSER v. CBS CORP., Case No. 94-2282

```
 1        A     We had two prayers.  One prayer was prepared by
 2   this man who gave us the idea back in, building the
 3   church.  And he had -- he was a man writing a book on the
 4   Holy Spirit, and he had Scripture verses that he gave us.
 5   And then he said, "Go to Father and ask him for a prayer
 6   to take with you and, that you can leave at the church,
 7   that's theologically correct."
 8             And so that's what I did, and Father had it
 9   there, right like that.  I was so happy.  And then we got
10   it, so we would take it to each church.  We would --
11   Larry would write in -- because they left a place to put
12   the name of the parish and then the community that they
13   lived -- that it lived in, because that's what we were
14   praying for, both.
15             And then we would do that same thing on the
16   back.  It was the same thing with the Scripture verses,
17   the two places.  Then we would laminate -- he would fill
18   them in.  He would laminate them together, and then we
19   would pray it, and we would leave it on the gifts table.
20        Q     Yes, ma'am.
21              And so was that your routine --
22        A     Yes.
23        Q     -- when you went church to church to church, --
24        A     Exact.
25        Q     -- the same routine?
```

KINSER v. CBS CORP., Case No. 94-2282

1    A    Uh-huh.

2    Q    And I think you testified earlier when you were

3  speaking with Mr. McCoy that you and Mr. Kinser traveled

4  with your camper for this trip; --

5    A    Yes.

6    Q    -- is that right?

7         And so is this a camper you pulled behind a

8  vehicle; is that right?

9    A    Behind our pickup, yes.

10   Q    And Mr. Kinser is the one who drove for that

11 whole trip; is that right?

12   A    Yes.

13   Q    He wouldn't let you drive?

14   A    No.

15   Q    Okay.  Mrs. Kinser, Mr. Kinser makes rosaries;

16 is that right?

17   A    Yes.

18   Q    Does he make the kind of jewelry like the

19 lovely crucifix that you have on today?

20   A    No.  This one we got in 2004 at a gift shop for

21 seven bucks, because it's great evangelization.  It's

22 some of the best evangelization we've ever had because we

23 have more people comment on it, and we call it our

24 victory cross.

25         But he's -- he makes the rosaries.  He learned

KINSER v. CBS CORP., Case No. 94-2282

1   when we were out by Seattle -- my cousin lives in Lacey;

2   and we parked the camper there and stayed with them for

3   about a week to visit.  Hadn't seen them in 50 years, and

4   it's just like we were never apart.  You know what I

5   mean?  It's funny.  And then, so we did that, and he

6   taught Larry how to make rosaries there.

7           And so it's just been -- it's a way of keeping

8   him active, and he really likes that part.  He loves

9   doing them, and he's really talented at it, so I'm very

10  happy.

11      Q    Now, do you and Mr. Kinser offer these rosaries

12  that he makes by hand for sale at festivals and fairs and

13  things of that nature?

14      A    That's what we'd like to start to do because --

15  I mean, we've done -- we did a couple of fairs in

16  Illinois this summer when we were up there, at Arcola

17  and -- what's the Amish town? -- Arthur.  We did that a

18  couple of times there, and we found it really is great

19  evangelization.  You don't sell any rosaries, but it's

20  good evangelization.

21          And we don't sell rosaries for anything but

22  what they cost, just the beads and the chains and the

23  crucifix and the centerpiece; and that's it.  That's

24  all we -- we don't make any profit off of it because it's

25  just not right.

KINSER v. CBS CORP., Case No. 94-2282

 1        Q     Yes, ma'am.

 2              Okay.  Now, in addition to the 18-month trip

 3    that you and Mr. Kinser went on, you also mentioned

 4    you've been to Europe; is that right?

 5        A     Yes.

 6        Q     And that was a 33-day trip --

 7        A     Yes.

 8        Q     -- in 2013?

 9        A     Yes.

10        Q     Okay.

11        A     And, and our son went with us.

12        Q     Which son?

13        A     Scott, the one that has to help out, because

14    even though we took the train a lot, because we got this

15    special deal on the train that's going to end December of

16    '12 where you could take, ride the train for a certain

17    price, and it included France; and come after

18    December 12, it wouldn't include France, so we wanted to

19    get in on that deal.

20              And that was before we ever knew that

21    Pope Benedict was retiring, and that was gonna -- so

22    that's why I say it was a miracle.

23              And, anyway, Scott -- we had, we took two sets

24    of luggage, one carry-on and one that you checked.  And,

25    well, see, it ended up I was on two canes.  You know, I

KINSER v. CBS CORP., Case No. 94-2282

1    had to use two canes to try to get to the -- so Scott had

2    to take the two big suitcases and the two carry-on

3    suitcases; and then Larry would pull -- push one and pull

4    the other, so he was able to do that.  But he doesn't --

5    he still to this day doesn't know how he was able to do

6    it.

7              It was, it was a wonderful trip, but it was a

8    miracle for both -- all of us because Scott said --

9    that's what he tells people, because he says it was, it

10   was 33 days of ten countries.

11        Q    And now you've also been to other countries.

12   You've been to Mexico; is that right?

13        A    Yes.  Back in the '70s, when we were on the

14   paper route, we would -- I won these trips, you know,

15   because people come back; and you get credit for starts

16   when they come back.  You throw their paper, and then

17   that counted for new starts; and so we won a trip to

18   Acapulco.  We won a trip to Cancun.  And, oh, and we got

19   to take a couple of cruise ships.  We have been very

20   blessed.

21        Q    Now, Mrs. Kinser, you and Mr. Kinser are both

22   former smokers, aren't you?

23        A    Yes.

24        Q    And you smoked between 10 to 15 cigarettes a

25   day; is that right?

KINSER v. CBS CORP., Case No. 94-2282

1       A    I smoked more than Larry did.  He smoked under

2   a half a pack a day.  I smoked closer to a pack a day for

3   a lot of our married life, but I never smoked around the

4   kids --

5       Q    Yes, ma'am.

6       A    -- because it had already come out about that

7   scare in the '70s that, you know, so I didn't smoke.

8       Q    And so you stopped smoking for the first time

9   in 1984, didn't you?

10      A    Yes.

11      Q    And that's the same time Mr. Kinser stopped

12  smoking, right?

13      A    Yes.  We both quit together.

14      Q    But then, Mrs. Kinser, you started smoking

15  again but quit for the last time in 1994; isn't that

16  right?

17      A    For the final, yes, because the place I was

18  working at, at -- it was -- everybody in there smoked.

19  It was journeymen/electric, and they all smoked.  And I'd

20  come home with a headache at night, so it was kind of

21  like:  If you can't beat them, join them.  So I just

22  picked up cigarettes then, and Larry didn't like it.  He

23  goes, "You're not going to smoke in the house, are you?"

24          I said, "No," so I didn't.  But I did cut down

25  on my amount of cigarettes at that time.  Then I was

KINSER v. CBS CORP., Case No. 94-2282

1   smoking probably ten cigarettes a day, at the most.  And

2   I would give them up for Lent, only because --

3        Q    And then, Mrs. Kinser, you mentioned a scare in

4   the 1970s.  You were aware of the news information that

5   was coming out -- like the Surgeon General's report, for

6   example -- that informed people of the dangers of

7   smoking; isn't that right?

8        A    Well, yeah.  We all heard about them; but, I

9   mean, we grew up not thinking anything was wrong with

10  cigarettes.

11       Q    Yes, ma'am.

12            Did you see the warning labels on your

13  cigarette packages?

14       A    Sure, but --

15       Q    And --

16       A    -- when you're addicted, you're addicted.

17       Q    Well, that's right.  It's a hard habit to

18  break, isn't it?

19       A    Yes.  But we got rid of it.

20       Q    Now, and when you decided it was time to stop

21  smoking, that's when you stopped smoking, wasn't it?

22       A    Yeah.  You have to decide for yourself.  Yes.

23            MS. BURLISON:  No further questions, Your

24  Honor.

25            THE COURT:  Redirect.

KINSER v. CBS CORP., Case No. 94-2282

```
 1              REDIRECT EXAMINATION BY MR. McCOY:
 2        Q     Just for clarification, you, you quit smoking
 3   for the second time about when?
 4        A     Well, actually, I totally quit Advent of '94;
 5   but I had cut down to where I was smoking only one or two
 6   cigarettes a day.  I wasn't like Larry where I could just
 7   go like that.  It took me -- I was more addicted, --
 8        Q     All right.
 9        A     -- to be honest.
10        Q     So --
11        A     But I did totally quit at Advent of '94.
12        Q     So the activities that you had done for the
13   mission, the personal mission to the churches, are you
14   planning on continuing those?
15        A     If that's God's will, yes, sir.
16              MR. McCOY:  Thank you.
17              THE COURT:  Anything else of the witness,
18   please?
19              MS. BURLISON:  No, Your Honor.  Thank you.
20              THE COURT:  Thank you, Mrs. Kinser.  You may
21   step down.
22              THE WITNESS:  Thank you.
23                 (Witness Kinser excused, 3:52 p.m.)
24
25                 * * * * * * * * * *
```

KINSER v. CBS CORP., Case No. 94-2282

1

2

3

4                    REPORTER'S CERTIFICATE

5

6        I, LISA KNIGHT COSIMINI, RMR-CRR, hereby certify

7    that the foregoing is a correct transcript from the

8    record of proceedings in the above-entitled matter.

9

10        Dated this 13th day of January, 2014.

11

12

13

14                    s/Lisa Knight Cosimini
                      Lisa Knight Cosimini, RMR-CRR
15                    Illinois License # 084-002998 --

16

17

18

19

20

21

22

23

24

25