Judgment in a Civil Case (02/11)

## UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **LARRY A. KINSER and** )<br>**DONNA M. KINSER,** )<br>Plaintiffs )<br>)<br>vs. )<br>)<br>)<br>**ANCHOR PACKING COMPANY,** )<br>**AP GREEN REFRACTORIES CO,** )<br>**ACandS INC (fka Armstrong Contracting** )<br>**and Supply Corp), ARMSTRONG WORLD** )<br>**INDUSTRIES INC, ASBESTOS CLAIMS** )<br>**MANAGEMENT CORPORATION (fka** )<br>**National Gypsum Company),** )<br>**CERTAINTEED CORP, COLTEC** )<br>**INDUSTRIES INC, FLEXITALLIC INC,** )<br>**FIBREBOARD CORPORATION, GAF** )<br>**CORPORATION, GARLOCK INC,** )<br>**OWENS-CORNING FIBERGLAS CORP,** )<br>**PITTSBURGH CORNING CORPORATION,** )<br>**UNIROYAL INC, WR GRACE & CO** )<br>**CONN, METROPOLITAN LIFE INSURANCE** )<br>**CO, AMCHEM PRODUCTS** )<br>**INC, AP GREEN INDUSTRIES INC,** )<br>**ARMSTRONG WORLD INDUSTRIES** )<br>**INC, GAF CORPORATION, US GYPSUM CO,** )<br>**GASKET HOLDINGS INC, RHONE-** )<br>**POULENC AG CO (fka Amchem Products Inc),** )<br>**CBS CORP (fka Viacom Inc and** )<br>**fka Westinghouse Electric Corp),** )<br>Defendants. ) | Case Number:  **94-cv-2282** |

### AMENDED JUDGMENT  IN A CIVIL CASE

   **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict in favor of defendant CBS Corp (formerly known as Viacom Inc and Westinghouse Electric Corp) and against the plaintiffs Larry A. Kinser and Donna M. Kinser.

**DECISION BY THE COURT**.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to order entered 9/7/1995 granting motion to voluntarily dismiss, defendants GAF Corporation, Flexitallic Inc, Certainteed Corp, Asbestos Claims Management Corp (formerly known as National Gypsum Co), Armstrong World Industries Inc, AP Green Refractories Co were dismissed.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to filing of amended complaint on 6/8/1998, defendants US Gypsum Co, Amchem Products Inc, Uniroyal Inc, Fibreboard Corp, Coltec Industries Inc were dismissed.

**IT IS FURTHER ORDERED AND ADJUDGED** that the following defendants declared bankruptcy and therefore were dismissed pursuant to orders entered as follows:  11/3/00 Owens-Corning Fiberglass Corp; 11/8/00 Pittsburgh Corning Corp; 2/23/01 Fibreboard Corp; 4/18/01 WR Grace & Co Conn; 6/14/01 Armstrong World Industries Inc; 8/6/01 US Gypsum Co; 11/14/01 GAF Corporation; 2/27/02 Gasket Holdings Inc; 3/26/03 AP Green Industries Inc; 4/1/03 ACandS Inc (formerly known as Armstrong Contracting and Supply Corp).

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to filing of Stipulation of Dismissal on 7/28/05, defendant Metropolitan Life Insurance Co was dismissed.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Suggestion of Remand on 5/6/13, defendants Anchor Packing Company, Garlock Inc, and Rhone-Poulenc Ag Co (formerly known as Amchem Products Inc), Asbestos Claims Management Corp (formerly known as National Gypsum Co) were dismissed.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the 4/16/2014 order, costs under 28 U.S.C § 1920 are awarded to the defendant and taxed against the plaintiffs in the amount of $42,432.93.

**Dated:** April 16, 2014

                                                  s/ Kenneth A. Wells
                                                  Kenneth A. Wells
                                                  Clerk, U.S. District Court