E-FILED
Thursday, 17 April, 2014  04:56:36 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Case No. 94-2282 |
| KINSER et al v. ANCHOR PACKING COMPANY et al | *Remanded from PA-ED 08-CV-92034* |

### Notice of Appeal

TAKE NOTICE THAT plaintiff hereby appeals to the United States Court of Appeals for the Seventh Circuit from the order entered March 18, 2014 (Doc. No. 163), which denied Plaintiff's motion for a new trial (Doc. No. 158), and the orders entered April 16, 2014 (Doc. Nos. 178,179), awarding Defendant trial costs in the amount of $42,432.93.

Dated April 17, 2014

*/s/ Robert G. McCoy*
Attorney for the Plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, Illinois 60607
Phone: (312) 944-0600
Email: bmccoy@cvlo.com