# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

June 2, 2014

*By the Court*:

| No.: 14-1878 | LARRY A. KINSER, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>CBS CORPORATION,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:94-cv-02282-HAB-DGB<br>Central District of Illinois<br>District Judge Harold A. Baker ||

Upon consideration of the **APPELLANTS' RULE 42(b) MOTION TO DISMISS**, filed on May 30, 2014, by counsel for the appellants,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
Christine Duly Hotkins
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: c7_FinalOrderWMandate(form ID: 137)